B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Eastern District of Virginia, Newport News Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Marsh Hawk Golf Club, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Ford's Colony Country Club** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-8014752** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**240 Ford's Colony Drive**<br>**Williamsburg, VA**      ZIP Code **23188** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**James City** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

## Type of Debtor
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

### Tax-Exempt Entity
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

## Filing Fee (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Marsh Hawk Golf Club, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**Ford's Colony Country Club, Inc.** | Case Number: | Date Filed:<br>**4/01/10** |
| District:<br>**Eastern District of Virginia** | Relationship:<br>**Affiliate** | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)                    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

■  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Marsh Hawk Golf Club, LLC**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ Ross C. Reeves**
Signature of Attorney for Debtor(s)

**Ross C. Reeves , VSB No. 13628**
Printed Name of Attorney for Debtor(s)

**Willcox & Savage, P.C.**
Firm Name

**One Commercial Place, Suite 1800**
**Norfolk, VA 23510**

_____
Address

**(757)  628-5500  Fax: (757)  628-5566**
Telephone Number

**April  1, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Mike Tiernan**
Signature of Authorized Individual

**Mike Tiernan**
Printed Name of Authorized Individual

**on behalf of Marsh Hawk Holding, LLC**
Title of Authorized Individual

**April  1, 2010**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re:  Marsh Hawk Golf Club, LLC       Case Number 10-_____

                       Debtor.               Chapter 11

## RESOLUTION OF MARSH HAWK GOLF CLUB, LLC

The undersigned, being the sole member of Marsh Hawk Golf Club, LLC, a Delaware limited liability company (the "Company"), executes this written consent to the following action to be taken by the Company:

WHEREAS it is in the best interest of Marsh Hawk Golf Club, LLC to file a voluntary petition in the United States Bankruptcy Court pursuant to chapter 11 of title 11 of the United States Code;

It is RESOLVED that Michael Tiernan, Vice President of Ford's Colony Country Club, Inc., which is the sole member of Marsh Hawk Holding, LLC, which is the sole member of Marsh Hawk Golf Club, LLC, is authorized and directed to execute and deliver all documents necessary to perfect and proceed with the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company;

It is RESOLVED that Michael Tiernan is authorized and directed to appear at all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with the bankruptcy case; and

It is RESOLVED that Michael Tiernan is authorized and directed to employ the law firm of Willcox & Savage, P.C. to represent the Company in such bankruptcy case.

Date: April 1, 2010       Marsh Hawk Holding Company, LLC,
the sole member of Marsh Hawk Golf Club, LLC

By:    Ford's Colony Country Club, Inc.,
the sole member of Marsh Hawk Holding Company, LLC

By:    _____
Michael Tiernan, Vice President

I-936571.1

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia, Newport News Division

In re   **Marsh Hawk Golf Club, LLC**            Case No. _____

                                      Debtor(s)          Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Callaway Golf Company**<br>**PO Box 0992**<br>**Carlsbad, CA 92018** | **Callaway Golf Company**<br>**PO Box 0992**<br>**Carlsbad, CA 92018** | | | **7,795.19** |
| **Danforth Pewter**<br>**c/o Shirley Pewter Shop**<br>**PO Box 828**<br>**Middlebury, VT 05753** | **Danforth Pewter**<br>**c/o Shirley Pewter Shop**<br>**PO Box 828**<br>**Middlebury, VT 05753** | | | **4,579.58** |
| **Davis-Garvin Agency, Inc.**<br>**PO Box 21627**<br>**Columbia, SC 29221** | **Davis-Garvin Agency, Inc.**<br>**PO Box 21627**<br>**Columbia, SC 29221** | | | **6,739.29** |
| **Footjoy**<br>**PO Box 532419**<br>**Charlotte, NC 28290** | **Footjoy**<br>**PO Box 532419**<br>**Charlotte, NC 28290** | | | **8,444.35** |
| **GE Capital**<br>**PO Box 802585**<br>**Chicago, IL 60680** | **GE Capital**<br>**PO Box 802585**<br>**Chicago, IL 60680** | | | **18,775.06** |
| **Grand Metro Builders Inc.**<br>**PO Box 588**<br>**Quinton, VA 23141** | **Grand Metro Builders Inc.**<br>**PO Box 588**<br>**Quinton, VA 23141** | | | **4,933.83** |
| **James City County Treasurer**<br>**PO Box 8701**<br>**Williamsburg, VA 23187** | **James City County Treasurer**<br>**PO Box 8701**<br>**Williamsburg, VA 23187** | | | **11,458.74** |
| **James River Air Conditioning**<br>**1905 Westmoreland Street**<br>**Richmond, VA 23230** | **James River Air Conditioning**<br>**1905 Westmoreland Street**<br>**Richmond, VA 23230** | | | **17,551.00** |
| **Lesco/John Deere Landscape**<br>**24110 Network Place**<br>**Chicago, IL 60673** | **Lesco/John Deere Landscape**<br>**24110 Network Place**<br>**Chicago, IL 60673** | | | **15,945.66** |
| **RC Agronomic Solutions**<br>**dba The Tom Rash Company**<br>**14112 Dorsetshire Court**<br>**Midlothian, VA 23113** | **RC Agronomic Solutions**<br>**dba The Tom Rash Company**<br>**14112 Dorsetshire Court**<br>**Midlothian, VA 23113** | | | **42,895.62** |
| **Smith Turf & Irrigation**<br>**PO Box 669388**<br>**Charlotte, NC 28266** | **Smith Turf & Irrigation**<br>**PO Box 669388**<br>**Charlotte, NC 28266** | | | **7,550.15** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Marsh Hawk Golf Club, LLC**                                Case No. _____

                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Textron Financial**<br>**Dept AT 40219**<br>**Atlanta, GA 31192** | **Textron Financial**<br>**Dept AT 40219**<br>**Atlanta, GA 31192** | | | 34,505.28 |
| **Titleist**<br>**PO Box 532402**<br>**Charlotte, NC 28290** | **Titleist**<br>**PO Box 532402**<br>**Charlotte, NC 28290** | | | 7,705.10 |
| **Tournament Solutions LLC**<br>**130 Centre Street**<br>**Schoolhouse**<br>**Danvers, MA 01923** | **Tournament Solutions LLC**<br>**130 Centre Street**<br>**Schoolhouse**<br>**Danvers, MA 01923** | | | 7,500.00 |
| **Virginia Food Service Group In**<br>**7422 Ranco Road**<br>**PO Box 28010**<br>**Henrico, VA 23228** | **Virginia Food Service Group In**<br>**7422 Ranco Road**<br>**PO Box 28010**<br>**Henrico, VA 23228** | | | 26,413.49 |
| **Virginia Linen Service**<br>**875 East Bank Street**<br>**Petersburg, VA 23804** | **Virginia Linen Service**<br>**875 East Bank Street**<br>**Petersburg, VA 23804** | | | 5,630.24 |
| **Virginia State Golf Associatio**<br>**600 Founders Bridge**<br>**Boulevard**<br>**Midlothian, VA 23113** | **Virginia State Golf Associatio**<br>**600 Founders Bridge Boulevard**<br>**Midlothian, VA 23113** | | | 4,750.00 |
| **VSC Fire & Security Inc.**<br>**10343-B Kings Acres Road**<br>**Ashland, VA 23005** | **VSC Fire & Security Inc.**<br>**10343-B Kings Acres Road**<br>**Ashland, VA 23005** | | | 6,078.22 |
| **Waterside Fish & Produce**<br>**4564 Progress Road**<br>**Norfolk, VA 23502** | **Waterside Fish & Produce**<br>**4564 Progress Road**<br>**Norfolk, VA 23502** | | | 6,087.76 |
| **Witt Mares**<br>**PO Box 79279**<br>**Baltimore, MD 21279** | **Witt Mares**<br>**PO Box 79279**<br>**Baltimore, MD 21279** | | | 6,230.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the on behalf of Marsh Hawk Holding, LLC of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 1, 2010**                   Signature    **/s/ Mike Tiernan**

                                                       **Mike Tiernan**<br>                                                        **on behalf of Marsh Hawk Holding, LLC**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

ROSS C. REEVES
WILLCOX & SAVAGE, P.C.
ONE COMMERCIAL PLACE, SUITE 1800
NORFOLK, VA 23510


MARSH HAWK GOLF CLUB, LLC
240 FORD'S COLONY DRIVE
WILLIAMSBURG, VA 23188


U.S. ATTORNEY
8000 WORLD TRADE CENTER
101 WEST MAIN STREET
NORFOLK, VA 23510


U.S. TRUSTEE
ROOM 625, FEDERAL BUILDING
200 GRANBY STREET
NORFOLK, VA 23510


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES/SUPPORT STF
P.O. BOX 10025
RICHMOND, VA 23240-0025


A LOGO FOR YOU
100 STAFFORD COURT
WILLIAMSBURG, VA 23185


A&J SUPPLY
124 TEWNING ROAD
WILLIAMSBURG, VA 23188


ABC FIRE EXTINGUISHERS SALES &
4813 BANISTRY COURT
PROVIDENCE FORGE, VA 23140


ACCOLADE USA INC.
388 CARLAW AVENUE, SUITE 202
TORONTO, CANADA
M4M 2T4 ONTARIO


ADAMS-BURCH
PO BOX 632346
BALTIMORE, MD 21263

ARCET
PO BOX 26269
RICHMOND, VA 23260


ASHWORTH
FILE 51141
LOS ANGELES, CA 90074


ATLANTIC SYSTEMS SEPTIC SYSTEM
PO BOX 5242
WILLIAMSBURG, VA 23188


ATLAS PEN & PENCIL CORP
3040 N. 29TH AVENUE
HOLLYWOOD, FL 33020


AVIVA RENTAL SYSTEMS LLC
PO BOX 17113
RICHMOND, VA 23226


BAGBOY COMPANY
PO BOX 933671
ATLANTA, GA 31193


BALTIMORE GOLF INC.
8576 DEERECO ROAD
LUTHERVILLE TIMONIUM, MD 21093


BATTERBY'S RESTAURANT SERVICE
12604 DOGWOOD TRAIL
GLOUCESTER, VA 23061


BAY DISPOSAL
465 E INDIAN RIVER ROAD
NORFOLK, VA 23523


BENTON-KNIGHT LTD.
28 S. KING STREET
HAMPTON, VA 23669


BERLE MANUFACTURING CO
PO BOX 13446
CHARLESTON, SC 29412

BERT'S INC.
PO BOX 2575
NEWPORT NEWS, VA 23609


BOYD-BLUFORD
5359 E. VIRGINIA BEACH BLVD.
NORFOLK, VA 23502


BRANDT CONSOLIDATED INC.
2935 SOUTH KOKE MILL ROAD
SPRINGFIELD, IL 62711


BRYAN F. FORD
240 FORD'S COLONY DRIVE
WILLIAMSBURG, VA 23188


CALLAWAY GOLF COMPANY
PO BOX 0992
CARLSBAD, CA 92018


CARDIAC SCIENCE CORP
DEPT 0587
PO BOX 120587
DALLAS, TX 75312


CARQUEST AUTO PARTS TOANO
PO BOX 445
TOANO, VA 23168


CAVALIER BUSINESS COMMUNICATIO
PO BOX 9001111
LOUISVILLE, KY 40290


CHEF'S WAREHOUSE LLC
GENERAL POST OFFICE
PO BOX 30944
NEW YORK, NY 10087


CHEMSEARCH
23261 NETWORK PLACE
CHICAGO, IL 60673


CHERIE MULHARE/UPSTAIRS SEWING
124 HENRY TYLER DRIVE
WILLIAMSBURG, VA 23188

CHIEFTAIN WILD RICE COMPANY
RICE RIVER FARMS
PO BOX 550
SPOONER, WI 54801


CINTAS CORPORATION #147
332 MCLAWS CIRCLE, SUITE 111
WILLIAMSBURG, VA 23185


CLEVELAND GOLF
PO BOX 7270
NEWPORT BEACH, CA 92658


COFFEY'S LOCKSHOP INC.
GOODMAN SAFE & LOCK INC.
9519 WARWICK BLVD.
NEWPORT NEWS, VA 23601


COMMONWEALTH RAPID DRY
501 OLD YORK HAMPTON HWY
YORKTOWN, VA 23690


COX COMMUNICATIONS
PO BOX 183124
COLUMBUS, OH 43218


CROW'S GARAGE
6313 CENTERVILLE ROAD
WILLIAMSBURG, VA 23188


CUTTER AND BUCK
PO BOX 34855
SEATTLE, WA 98125


DANFORTH PEWTER
C/O SHIRLEY PEWTER SHOP
PO BOX 828
MIDDLEBURY, VT 05753


DANIEL'S WELDING & TIRES, INC.
8005 HANKINS INDUSTRIAL PARK
TOANO, VA 23168

DAUBERS
7645 DYNATECH COURT
SPRINGFIELD, VA 22153


DAVIS-GARVIN AGENCY, INC.
PO BOX 21627
COLUMBIA, SC 29221


DELTA DENTAL
PO BOX 758722
BALTIMORE, MD 21275


DEPARTMENT OF MOTOR VEHICLES
PO BOX 27412
RICHMOND, VA 23269


DIAMOND SPRINGS
PO BOX 38668
HENRICO, VA 23231


DIRECTV
PO BOX 60036
LOS ANGELES, CA 90060


DIXIE FUEL
PO BOX 1160
YORKTOWN, VA 23692


DOLPHIN CAPITAL CORP
PO BOX 644006
CINCINNATI, OH 45264


DOMINION VIRGINIA POWER
P.O. BOX 26543
RICHMOND, VA 23219


DR PRO PRODUCTS INC.
DBA GHOST TAPE
536 GOLF ROAD
LANCASTER, PA 17602


DURON PAINTS & WALLCOVERINGS
6520 RICHMOND ROAD
WILLIAMSBURG, VA 23188

E-Z-GO A TEXTRON COMPANY
PO BOX 905610
CHARLOTTE, NC 28290


EISINGER SMITH, INC.
PO BOX 5008
GOLDEN, CO 80401


FASTENAL
PO BOX 978
WINONA, MN 55987


FEDERAL EXPRESS
PO BOX 672085
DALLAS, TX 75267


FEDEX KINKO'S
PO BOX 672085
DALLAS, TX 75267


FIRST CHOICE REALTY, INC.
1 ANDERSON ROAD
RICHMOND, VA 23228


FIRST COLONY COFFEE & TEA INC.
PO BOX 102979
ATLANTA, GA 30368


FLEET BROTHERS OF WILLIAMSBURG
PO BOX 399
TOANO, VA 23168


FOOTJOY
PO BOX 532419
CHARLOTTE, NC 28290


FORDS COLONY COUNTRY CLUB, INC
240 FORDS COLONY DRIVE
WILLIAMSBURG, VA 23188


FRANK JONES MAILING EQUIPMENT
737 GROVE ROAD
MIDLOTHIAN, VA 23114

G&K SERVICE
805 GUST LANE
PORTSMOUTH, VA 23701


GCSAA
1421 RESEARCH PARK DRIVE
LAWRENCE, KS 66049


GE CAPITAL
PO BOX 802585
CHICAGO, IL 60680


GMAC
PO BOX 9001948
LOUISVILLE, KY 40290


GOLF ASSOCIATES SCORECARD COMP
PO BOX 6917
ASHEVILLE, NC 28816


GOLF DIGEST
PO BOX 37080
BOONE, IA 50037


GOLF SOLUTIONS I, LLC
DBA LASER LINK GOLF
4027 OWL CREEK DRIVE
MADISON, WI 53718


GOLFSMITH
11000IH-35 NORTH
AUSTIN, TX 78753


GRAND METRO BUILDERS INC.
PO BOX 588
QUINTON, VA 23141


GRAND RENTAL STATION
4401 IRONBOUND ROAD
WILLIAMSBURG, VA 23188


GREG NORMAN COLLECTION
101 ACQUISITION, INC.
PO BOX 601898
CHARLOTTE, NC 28260

HERITAGE CREATIONS USA
21 COURT STREET
HUDSON FALLS, NY 12839


HEROD SEED INC.
1400 INGRAM AVENUE
RICHMOND, VA 23224


HONOLULU FISH COMPANY
824 GULICK AVENUE
HONOLULU, HI 96819


HOUSTON COMMUNICATIONS INC.
DBA 5205 LIMITED PARTNERSHIP
1105 INDUSTRIAL BOULEVARD
SUGAR LAND, TX 77478


HRUBS
PO BOX 1651
NORFOLK, VA 23501


HUDGINS HOLIDAY
543 SECOND STREET
WILLIAMSBURG, VA 23185


IMPERIAL HEADWEAR INC.
1086 PAYSPHERE CIRCLE
CHICAGO, IL 60674


INDEPENDENT LIGHTING CORP
PO BOX 2585
VIRGINIA BEACH, VA 23450


INNOVATIVE TURF SERVICES
12308 SPUR LANE
ROCKVILLE, VA 23146


INTERNATIONAL GOURMET FOODS IN
7520 FULLERTON ROAD
SPRINGFIELD, VA 22153


JAMES CITY

JAMES CITY COUNTY TREASURER
PO BOX 8701
WILLIAMSBURG, VA 23187


JAMES RIVER AIR CONDITIONING
1905 WESTMORELAND STREET
RICHMOND, VA 23230


JOHN DEERE CREDIT
PO BOX 4450
CAROL STREAM, IL 60197


KAMCO SERVICES
7138 DUFFIE DRIVE
WILLIAMSBURG, VA 23185


LARRY SPIELBERG
195 NOTTINGHAMSHIRE
WILLIAMSBURG, VA 23188


LESCO/JOHN DEERE LANDSCAPE
24110 NETWORK PLACE
CHICAGO, IL 60673


LET US PRODUCE
3587 ARGONNE AVENUE
NORFOLK, VA 23509


LGA-9
C/O SUE SNAPP
104 DORNOCH
WILLIAMSBURG, VA 23188


LOVELAND DISTRIBUTING
290 DABNEY ROAD
RICHMOND, VA 23230


MANAKINTOWNE SPECIALTY GROWERS
2570 FEDERAL HILL FARMS ROAD
POWHATAN, VA 23139


MARRIOTT OWNERSHIP RESORTS
10400 FERNWOOD ROAD
DEPT 924.13
BETHESDA, MD 20817

MARSH HAWK GOLF CLUB
240 FORDS COLONY DRIVE
WILLIAMSBURG, VA 23188


MAUI JIM USA
6534 EAGLE WAY
CHICAGO, IL 60678


MEADOWSPRING TURF LLC
17820 THE GLEBE LANE
CHARLES CITY, VA 23030


MID-ATLANTIC TIME SYSTEMS INC.
PO BOX 114
LIGHTFOOT, VA 23090


MILLER OIL CO INC.
1000 E CITY HALL AVENUE
NORFOLK, VA 23504


MOBILE SAFETY SERVICE INC.
PO BOX 5785
WILLIAMSBURG, VA 23188


OPTIMIZE I.T.
3601 LA GRANGE PARKWAY
TOANO, VA 23168


PAPER DIRECT
PO BOX 2933
COLORADO SPRINGS, CO 80901


PARAMOUNT CALENDAR & ADVERTISI
52 WEST 29TH STREET
NEW YORK, NY 10001


PET DAIRY
PO BOX 60498
CHARLOTTE, NC 28260


PING
PO BOX 52450
PHOENIX, AZ 85071

```
PITNEY BOWES
PO BOX 856042
LOUISVILLE, KY 40285


PNC EQUIPMENT FINANCE
PO BOX 931034
CLEVELAND, OH 44193


PREMIER MEDICAL MGMT & CONSULT
PO BOX 5217
WILLIAMSBURG, VA 23188


PRODUCE SOURCE PARTNERS INC.
PO BOX 79033
BALTIMORE, MD 21279


PROFESSIONAL GOLF BALL SERVICE
DBA PG PROFESSIONAL GOLF
12505 REED ROAD, SUITE 200
SUGAR LAND, TX 77478


PRUDENTIAL-PRIAC
4221 COLLECTIONS CENTER DRIVE
LOCKBOX 4221
CHICAGO, IL 60693


PRUDENTIAL-PRIAC
4221 COLLECTIONS CENTER DRIVE
LOCKBOX 4221
CHICAGO, IL 60693


PUKKA INC.
231232 MOMENTUM PLACE
CHICAGO, IL 60689


R&M SUPPLY COMPANY
PO BOX 176
NORFOLK, VA 23501


RC AGRONOMIC SOLUTIONS
DBA THE TOM RASH COMPANY
14112 DORSETSHIRE COURT
MIDLOTHIAN, VA 23113
```

RCS HOLDINGS LLC
100 MANCHESTER
WILLIAMSBURG, VA 23188


RCS-REALTEC COMMUNITY SERVICES
100 MANCHESTER
WILLIAMSBURG, VA 23188


REALTEC INCORPORATED
ONE FORD'S COLONY DRIVE
WILLIAMSBURG, VA 23188


RICHARD FORD, SR.
240 FORD'S COLONY DRIVE
WILLIAMSBURG, VA 23188


RIVERSIDE PAPER SUPPLY
240 ENTERPRISE DRIVE
NEWPORT NEWS, VA 23603


RIVERSIDE REHABILITATION
245 CHESAPEAKE AVENUE
NEWPORT NEWS, VA 23607


ROBERT & WENDY KUHN
108 SAGAMORE
WILLIAMSBURG, VA 23188


RUTHERFORD JANITOR SUPPLY CORP
2522 HERMITAGE ROAD
RICHMOND, VA 23220


SHIRLEY PEWTER SHOPS
1209 JAMESTOWN ROAD
WILLIAMSBURG, VA 23185


SIR SPEEDY
240 MCLAWS CIRCLE
WILLIAMSBURG, VA 23185


SMITH & TWEED
THE CIT GROUP/COM'L SERVICES
PO BOX 1036
CHARLOTTE, NC 28201

```
SMITH TURF & IRRIGATION
PO BOX 669388
CHARLOTTE, NC 28266


SPRINT
PO BOX 4181
CAROL STREAM, IL 60197


ST. ANDREWS PRODUCTS CO.
500 MARINER DRIVE
MICHIGAN CITY, IN 46360


STRAIGHT DOWN CLOTHING CO
FIRST CAPITAL
PO BOX 643382
CINCINNATI, OH 45264


SUNDOG EYEWEAR
PO BOX 9754
BELLINGHAM, WA 98227


TAIL INC.
PO BOX 98
COLUMBUS, GA 31902


TANDY BRANDS ACCESSORIES
107 W GONZALES STREET
YOAKUM, TX 77995


TAYLOR MADE
PO BOX 406043
ATLANTA, GA 30384


TEHAMA
C/O NACABI/TEHAMA/PORTER CAPIT
PO BOX 12105
BIRMINGHAM, AL 35202


TEXTRON FINANCIAL
DEPT AT 40219
ATLANTA, GA 31192


TFC RECYCLING
PO BOX 751462
CHARLOTTE, NC 28275
```

TIDEWATER PRESSURE WASHING
507 CENTRAL DRIVE
SUITE 101
VIRGINIA BEACH, VA 23454


TITLEIST
PO BOX 532402
CHARLOTTE, NC 28290


TORO NSN
39398 TREASURY CENTER
CHICAGO, IL 60694


TOURNAMENT SOLUTIONS LLC
130 CENTRE STREET
SCHOOLHOUSE
DANVERS, MA 01923


TOWNEBANK
PO BOX 7188
PORTSMOUTH, VA 23707


TRAP ZAP
255 BRAEN AVENUE
WYCKOFF, NJ 07481


TRI CITIES DISTRIBUTING
612 INDUSTRIAL PARK DRIVE
NEWPORT NEWS, VA 23608


TURF EQUIPMENT LEASING
PO BOX 668883
CHARLOTTE, NC 28266


TURF SERVICES COMPANY
PO BOX 15452
RICHMOND, VA 23227


UPS
PO BOX 7247-0244
PHILADELPHIA, PA 19170


UZ ENGINEERED PRODUCTS
PO BOX 74189
CLEVELAND, OH 44194

VEND LEASING COMPANY
8100 SANDPIPER CIRCLE
SUITE 300
BALTIMORE, MD 21236


VERIZON
PO BOPX 660720
DALLAS, TX 75266


VERMEER
10501 VERMEER PLACE
ASHLAND, VA 23005


VGCSA
10231 TELEGRAPH ROAD
SUITE A
GLEN ALLEN, VA 23059


VIRGINIA FOOD SERVICE GROUP IN
7422 RANCO ROAD
PO BOX 28010
HENRICO, VA 23228


VIRGINIA LINEN SERVICE
875 EAST BANK STREET
PETERSBURG, VA 23804


VIRGINIA NATURAL GAS
PO BOX 70840
CHARLOTTE, NC 28272


VIRGINIA STATE GOLF ASSOCIATIO
600 FOUNDERS BRIDGE BOULEVARD
MIDLOTHIAN, VA 23113


VSC FIRE & SECURITY INC.
10343-B KINGS ACRES ROAD
ASHLAND, VA 23005


WALTRIP RECYCLING INC.
11 MARCLAY ROAD
WILLIAMSBURG, VA 23185

```
WATERSIDE FISH & PRODUCE
4564 PROGRESS ROAD
NORFOLK, VA 23502


WEDDINGPAGES INC.
11106 MOCKINGBIRD DRIVE
OMAHA, NE 68137


WESTERN PEST SERVICES
4205 VIRGINIA BEACH BOULEVARD
VIRGINIA BEACH, VA 23452


WIDOMAKER COMMUNICATION SERVIC
11861 CANON BOULEVARD
SUITE C
NEWPORT NEWS, VA 23606


WITT MARES
PO BOX 79279
BALTIMORE, MD 21279


WITTEK
3865 COMMERCIAL AVENUE
NORTHBROOK, IL 60062


XEROX
PO BOX 827181
PHILADELPHIA, PA 19182
```

# United States Bankruptcy Court
## Eastern District of Virginia, Newport News Division

In re  **Marsh Hawk Golf Club, LLC**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Marsh Hawk Golf Club, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Fords Colony Country Club, Inc
240 Ford's Colony Drive
Williamsburg, VA 23188**

**Marsh Hawk Holding, LLC
240 Ford's Colony Drive
Williamsburg, VA 23188**

☐ None [*Check if applicable*]

**April  1, 2010**

Date

**/s/ Ross C. Reeves**

**Ross C. Reeves**

Signature of Attorney or Litigant

Counsel for  **Marsh Hawk Golf Club, LLC**

**Willcox & Savage, P.C.**

**One Commercial Place, Suite 1800
Norfolk, VA 23510
(757)  628-5500 Fax:(757)  628-5566**