# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
## Newport News Division

| | |
|---|---|
| In re: Marsh Hawk Golf Club, LLC, | Case Number 10-50632-SCS |
| | Chapter 11 |
| Debtor. | |
| | |
| In re: Ford's Colony Country Club, Inc., | Case Number 10-50633-SCS |
| | Chapter 11 |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that pursuant to Section 1109 of Title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, the law firm listed below appears as counsel for Realtec, Inc. ("Realtec"), a creditor and/or party-in-interest in the above captioned Chapter 11 case, and requests that all notices given or required to be given in these cases and all papers served or required to be served in these cases be given and served upon the following:

> Karen M. Crowley, VSB # 35881
> Crowley, Liberatore & Ryan, P.C.
> 1435 Crossways Blvd, Suite 300
> Chesapeake, VA 23320
> (757) 333-4500 Tel
> (757) 333-4501 Fax
> kcrowley@clrfirm.com

PLEASE TAKE FURTHER NOTICE that the foregoing request for service includes all pleadings of any kind, including, without limitation, all notices, applications, motions,

Karen M. Crowley, VSB # 35881
Crowley, Liberatore & Ryan, P.C.
1435 Crossways Blvd, Suite 300
Chesapeake, VA 23320
(757) 333-4500 Tel
(757) 333-4501 Fax
Counsel for Realtec, Inc.

complaints and orders, whether written or oral, formal or informal, however transmitted or conveyed, related in any way to the above-captioned debtors, their property, or their estates.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Request for Service of Notices and Documents* (the "Notice") nor any later appearance nor any pleading, proof of claim, claim, or suit shall constitute (a) a consent or waiver of Realtec to the jurisdiction of the Court over it for any purpose or (b) a waiver by Realtec of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: April 8, 2010                                REALTEC, INC.

                                                    By: /s/ Karen M. Crowley
                                                         Of Counsel

Karen M. Crowley, VSB # 35881
Crowley, Liberatore & Ryan, P.C.
1435 Crossways Blvd, Suite 300
Chesapeake, VA 23320
(757) 333-4500 Tel
(757) 333-4501 Fax
Counsel for Realtec, Inc.

## CERTIFICATE OF SERVICE

I certify that on April 8, 2010, a true copy of the foregoing:

1. was served via first class mail, postage pre-paid, on Mike Tiernan c/o Marsh Hawk Golf Club, LLC 240 Ford's Colony Drive, Williamsburg, VA 23188.

2. was electronically filed with the Clerk of Court using the ECF system, which will send e-mail notice/service of such filing to those listed on the Electronic Mail Notice List for this Case:

    - W. Clarkson McDow, Jr. - USTPRegion04.NO.ECF@usdoj.gov
    - Laura C. Pyle - lpyle@wilsav.com, nreynolds@wilsav.com; nwalsh@wilsav.com
    - Ross C. Reeves - rreeves@wilsav.com, nreynolds@wilsav.com
    - Christian K. Vogel - Christian.Vogel@leclairryan.com, kim.lord@leclairryan.com; stacy.beaulieu@leclairryan.com

 

                                                        /s/ Karen M. Crowley
                                                            Of Counsel