B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia, Newport News Division

In re    **Marsh Hawk Golf Club, LLC** _____ ,
                                          Debtor

Case No.    **10-50632** _____

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 25,275,805.89 | | |
| B - Personal Property | Yes | 4 | 1,639,592.11 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 17,755,637.68 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 17,175.37 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 29 | | 486,349.46 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| Total Number of Sheets of ALL Schedules | | 44 | | | |
| Total Assets | | | 26,915,398.00 | | |
| Total Liabilities | | | | 18,259,162.51 | |

4/22/10 5:23PM

# United States Bankruptcy Court
## Eastern District of Virginia, Newport News Division

In re   **Marsh Hawk Golf Club, LLC**

Debtor

Case No.   **10-50632**

Chapter   **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | |
|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | |
| 4. Total from Schedule F | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | |

B6A (Official Form 6A) (12/07)

In re **Marsh Hawk Golf Club, LLC**        Case No. _____ **10-50632** _____
_____,
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **54-hole golf course and associated buildings; country club clubhouse**<br>**Location: 240 Ford's Colony Drive, Williamsburg VA 23188**<br><br>**(based on book values with depreciation)** | **fee simple** | - | 25,275,805.89 | 17,499,312.33 |

| | | |
|---|---|---|
| Sub-Total > | **25,275,805.89** | (Total of this page) |
| Total > | **25,275,805.89** | |

**__0__** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

In re    **Marsh Hawk Golf Club, LLC**                                        Case No. _____10-50632_____

_____,
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Location: 240 Ford's Colony Drive, Williamsburg VA 23188** | - | 5,450.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **C&F Bank, Account No. 0068001258, 4780 Longhill Road, Williamsburg, VA 23188** | - | 0.00 |
| | | **Towne Bank, Account No. 0243037449, 5216 Monticello Avenue, Williamsburg, VA 23188** | - | 289.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 5,739.00 |
| (Total of this page) | |

___3___   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Marsh Hawk Golf Club, LLC** _____,    Case No.  __10-50632__
                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Member Initiation Fees (January, 2007 - present) Location: 240 Ford's Colony Drive, Williamsburg VA 23188 | - | 69,725.00 |
| | | Member Charge Accounts Location: 240 Ford's Colony Drive, Williamsburg VA 23188 | - | 261,924.00 |
| | | Other Receivables: member fees receivable - list available upon request | - | 15,508.00 |
| | | Related Party Receivables - list available upon request Location: 240 Ford's Colony Drive, Williamsburg VA 23188 | - | 43,008.00 |
| | | Prudential escrow for taxes and insurance | - | 37,258.00 |
| | | Prepaid Loan Fees (Re: Prudential loan, December 2006) | - | 293,312.00 |
| | | Intercompany FCCC - payments made by Marsh Hawk on behalf of FCCC | - | Unknown |

Sub-Total >    720,735.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Marsh Hawk Golf Club, LLC** _____,     Case No. ____10-50632____
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Member lists Location: 240 Ford's Colony Drive, Williamsburg VA 23188 | - | Unknown |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Chevy Silverado Location: 240 Ford's Colony Drive, Williamsburg VA 23188 | - | 18,113.67 |
| | | 2008 Chevy Silverado Location: 240 Ford's Colony Drive, Williamsburg VA 23188 | - | 27,690.50 |

|  |  |
|---|---:|
| Sub-Total > | 45,804.17 |
| (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Marsh Hawk Golf Club, LLC**                       Case No.   **10-50632**

                                       Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computer Equipment** Location: 240 Ford's Colony Drive, Williamsburg VA 23188 | - | 61,432.79 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Golf Maintenance Equipment** Location: 240 Ford's Colony Drive, Williamsburg VA 23188 | - | 350,486.15 |
| 30. Inventory. | | **Food** Location: 240 Ford's Colony Drive, Williamsburg VA 23188 | - | 26,384.00 |
| | | **Wine** Location: 240 Ford's Colony Drive, Williamsburg VA 23188 | - | 285,545.00 |
| | | **Beer** Location: 240 Ford's Colony Drive, Williamsburg VA 23188 | - | 6,815.00 |
| | | **Liquor** Location: 240 Ford's Colony Drive, Williamsburg VA 23188 | - | 12,330.00 |
| | | **Golf Merchandise** Location: 240 Ford's Colony Drive, Williamsburg VA 23188 | - | 124,321.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 867,313.94 |
| Total > | 1,639,592.11 |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re    **Marsh Hawk Golf Club, LLC**                                     Case No.    **10-50632**
                                            Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                       *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **NONE.** | | | |

  _0_   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **Marsh Hawk Golf Club, LLC**                                       ,     Case No.    **10-50632**

                                           Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Golf Maintenance Equipment Location: 240 Ford's Colony Drive, Williamsburg VA 23188 | | | | | |
| GE Capital PO Box 802585 Chicago, IL 60680 | | | - | | | | | | | |
| | | | | | Value $      350,486.15 | | | | 107,013.16 | 0.00 |
| Account No. | | | | | 2007 Chevy Silverado Location: 240 Ford's Colony Drive, Williamsburg VA 23188 | | | | | |
| GMAC PO Box 380901 Minneapolis, MN 55438 | | | | | | | | | | |
| | | | | | Value $      18,113.67 | | | | 17,022.00 | 0.00 |
| Account No. | | | | | 2008 Chevy Silverado Location: 240 Ford's Colony Drive, Williamsburg VA 23188 | | | | | |
| GMAC PO Box 380901 Minneapolis, MN 55438 | | | - | | | | | | | |
| | | | | | Value $      27,690.50 | | | | 25,619.00 | 0.00 |
| Account No. 10519038 | | | | | Golf Maintenance Equipment Location: 240 Ford's Colony Drive, Williamsburg VA 23188 | | | | | |
| John Deere Credit PO Box 4450 Carol Stream, IL 60197 | | | - | | | | | | | |
| | | | | | Value $      350,486.15 | | | | 9,708.48 | 0.00 |

  **2**    continuation sheets attached

|  | Subtotal (Total of this page) | 159,362.64 | 0.00 |
|---|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re **Marsh Hawk Golf Club, LLC**                     Case No. **10-50632**
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | | Golf Maintenance Equipment Location: 240 Ford's Colony Drive, Williamsburg VA 23188 | | | | | |
| John Deere Credit PO Box 4450 Carol Stream, IL 60197 | | - | | | | | | | | |
| | | | | | Value $              350,486.15 | | | | 29,084.00 | 0.00 |
| Account No. 108351000 | | | | | Golf Maintenance Equipment Location: 240 Ford's Colony Drive, Williamsburg VA 23188 | | | | | |
| National City 995 Dalton Avenue Cincinnati, OH 45203 | | - | | | | | | | | |
| | | | | | Value $              350,486.15 | | | | 11,247.38 | 0.00 |
| Account No. 5800965229 | | | | | December 31, 2008 54-hole golf course and associated buildings; country club clubhouse Location: 240 Ford's Colony Drive, Williamsburg VA 23188 (based on book values with depreciation) | | | | | |
| Prudential Industrial Properti 4221 Collections Center Drive Lockbox 4221 Chicago, IL 60693 | | - | | | | | | | | |
| | | | | | Value $           25,275,805.89 | | | | 453,112.33 | 0.00 |
| Account No. | | | | | 54-hole golf course and associated buildings; country club clubhouse Location: 240 Ford's Colony Drive, Williamsburg VA 23188 (based on book values with depreciation) | | | | | |
| Prudential Industrial Properti 4221 Collections Center Drive Lockbox 4221 Chicago, IL 60693 | | X | - | | | | | | | |
| | | | | | Value $           25,275,805.89 | | | | 17,046,200.00 | 0.00 |
| Account No. | | | | | Golf Maintenance Equipment Location: 240 Ford's Colony Drive, Williamsburg VA 23188 | | | | | |
| Turf Equipment Leasing PO Box 668883 Charlotte, NC 28266 | | - | | | | | | | | |
| | | | | | Value $              350,486.15 | | | | 8,749.47 | 0.00 |

Sheet  1  of  2  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 17,548,393.18 | 0.00 |
|---|---|

In re __Marsh Hawk Golf Club, LLC_____,  Case No. ___10-50632_____
                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Golf Maintenance Equipment Location: 240 Ford's Colony Drive, Williamsburg VA 23188 | | | | | |
| **Turf Equipment Leasing** **PO Box 668883** **Charlotte, NC 28266** | | | | | | | | |
| | | | Value $          350,486.15 | | | | 47,881.86 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) — 47,881.86 | 0.00

Total
(Report on Summary of Schedules) — 17,755,637.68 | 0.00

B6E (Official Form 6E) (4/10)

In re   **Marsh Hawk Golf Club, LLC**                           ,      Case No.    **10-50632**

                                     Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                 **1**      continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re __Marsh Hawk Golf Club, LLC_____,   Case No. ___10-50632_____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Taxes** | | | | | | |
| **Delaware Secretary of State** **The Corp Trust Company** **1209 Orange Street** **Wilmington, DE 19801** | - | | | | | | 500.00 | 0.00 | 500.00 |
| Account No. | | | **Taxes** | | | | | | |
| **James City County Treasurer** **PO Box 8701** **Williamsburg, VA 23187** | - | | | | | | 16,675.37 | 0.00 | 16,675.37 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet _1_ of _1_ continuation sheets attached to       Subtotal       | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims   (Total of this page)  17,175.37 | 17,175.37 |

Total       | 0.00 |
(Report on Summary of Schedules)  17,175.37 | 17,175.37 |

B6F (Official Form 6F) (12/07)

In re **Marsh Hawk Golf Club, LLC**        Case No. **10-50632**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W | J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **A&J Supply** <br> **124 Tewning Road** <br> **Williamsburg, VA 23188** | - | | | | | | | | | 161.54 |
| Account No. <br><br> **ABC Fire Extinguishers Sales &** <br> **4813 Banistry Court** <br> **Providence Forge, VA 23140** | - | | | | | | | | | 112.35 |
| Account No. <br><br> **Accolade USA Inc.** <br> **388 Carlaw Avenue, Suite 202** <br> **Toronto, Canada** <br> **M4M 2T4 Ontario** | - | | | | | | | | | 800.00 |
| Account No. <br><br> **Adams-Burch** <br> **PO Box 632346** <br> **Baltimore, MD 21263** | - | | | | | | | | | 3,766.74 |

| | | |
|---|---|---|
| __28__ continuation sheets attached | Subtotal <br> (Total of this page) | 4,840.63 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marsh Hawk Golf Club, LLC**                                    Case No.   **10-50632**
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| Anthem Blue Cross Blue Shield PO Box 580494 Charlotte, NC 28258 | | - | | | | | | 3,623.24 |
| Account No. | | | | | | | | |
| Arcet PO Box 26269 Richmond, VA 23260 | | - | | | | | | 220.78 |
| Account No. | | | | | | | | |
| Ashworth File 51141 Los Angeles, CA 90074 | | - | | | | | | 2,468.34 |
| Account No. | | | | | | | | |
| Atlantic Systems Septic System PO Box 5242 Williamsburg, VA 23188 | | - | | | | | | 375.00 |
| Account No. | | | | | | | | |
| Atlas Pen & Pencil Corp 3040 N. 29th Avenue Hollywood, FL 33020 | | - | | | | | | 617.49 |

Sheet no. __1__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                        7,304.85

In re    **Marsh Hawk Golf Club, LLC**                                              Case No.    **10-50632**
_____                                    _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Automotive Manufacturers, Inc. 2400 North Lombardy Street Richmond, VA 23220 | - | | | | | | | 141.75 |
| Account No. | | | | | | | | |
| AVIVA Rental Systems LLC PO Box 17113 Richmond, VA 23226 | - | | | | | | | 126.00 |
| Account No. | | | | | | | | |
| Bagboy Company PO Box 933671 Atlanta, GA 31193 | - | | | | | | | 1,730.25 |
| Account No. | | | | | | | | |
| Baltimore Golf Inc. 8576 Deereco Road Lutherville Timonium, MD 21093 | - | | | | | | | 2,000.00 |
| Account No. | | | | | | | | |
| Batterby's Restaurant Service 12604 Dogwood Trail Gloucester, VA 23061 | - | | | | | | | 1,108.36 |

Sheet no. __2__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        5,106.36

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marsh Hawk Golf Club, LLC**                                          Case No.   __10-50632__
                                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Bay Disposal<br>465 E Indian River Road<br>Norfolk, VA 23523 | | - | | | | | 86.90 |
| Account No. | | | | | | | |
| Berle Manufacturing Co<br>PO Box 13446<br>Charleston, SC 29412 | | - | | | | | 124.27 |
| Account No. | | | | | | | |
| Bert's Inc.<br>PO Box 2575<br>Newport News, VA 23609 | | - | | | | | 945.10 |
| Account No. | | | | | | | |
| Boyd-Bluford<br>5359 E. Virginia Beach Blvd.<br>Norfolk, VA 23502 | | - | | | | | 707.79 |
| Account No. | | | | | | | |
| Brandt Consolidated Inc.<br>2935 South Koke Mill Road<br>Springfield, IL 62711 | | - | | | | | 1,106.03 |

Sheet no. __3__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          2,970.09

B6F (Official Form 6F) (12/07) - Cont.

In re __**Marsh Hawk Golf Club, LLC**_____,     Case No. ___**10-50632**_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Callaway Golf Company** PO Box 0992 Carlsbad, CA 92018 | - | | | | | | | 13,985.50 |
| Account No. | | | | | | | | |
| **Carquest Auto Parts Toano** PO Box 445 Toano, VA 23168 | - | | | | | | | 252.90 |
| Account No. | | | | | | | | |
| **Cavalier Business Communicatio** PO Box 9001111 Louisville, KY 40290 | - | | | | | | | 195.96 |
| Account No. | | | | | | | | |
| **Certifresh Cigar** 3829 West Broadway Minneapolis, MN 55422 | - | | | | | | | 480.01 |
| Account No. | | | | | | | | |
| **Chef's Warehouse LLC** General Post Office PO Box 30944 New York, NY 10087 | - | | | | | | | 4,044.04 |

Sheet no. __4__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          | 18,958.41

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marsh Hawk Golf Club, LLC**                                      Case No. ___**10-50632**___
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Chemsearch 23261 Network Place Chicago, IL 60673 | - | | | | | | 969.81 |
| Account No. | | | | | | | |
| Cherie Mulhare/Upstairs Sewing 124 Henry Tyler Drive Williamsburg, VA 23188 | - | | | | | | 665.00 |
| Account No. | | | | | | | |
| Chieftain Wild Rice Company Rice River Farms PO Box 550 Spooner, WI 54801 | - | | | | | | 247.25 |
| Account No. | | | | | | | |
| Cintas Corporation #147 332 McLaws Circle, Suite 111 Williamsburg, VA 23185 | - | | | | | | 275.84 |
| Account No. | | | | | | | |
| Cleveland Golf PO Box 7270 Newport Beach, CA 92658 | - | | | | | | 142.65 |

Sheet no. __5__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            2,300.55

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marsh Hawk Golf Club, LLC**           Case No.    **10-50632**
_____
                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Coffey's Lockshop Inc. Goodman Safe & Lock Inc. 9519 Warwick Blvd. Newport News, VA 23601 | - | | | | | | | 48.57 |
| Account No. | | | | | | | | |
| Commonwealth Rapid Dry 501 Old York Hampton Hwy Yorktown, VA 23690 | - | | | | | | | 1,161.82 |
| Account No. | | | | | | | | |
| Cottrell Communications Corp. 7300 Impala Drive Henrico, VA 23228 | - | | | | | | | 268.00 |
| Account No. | | | | | | | | |
| Crow's Garage 6313 Centerville Road Williamsburg, VA 23188 | - | | | | | | | 48.00 |
| Account No. | | | | | | | | |
| Cutter and Buck PO Box 34855 Seattle, WA 98125 | - | | | | | | | 2,000.00 |

Sheet no. __6__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      3,526.39

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marsh Hawk Golf Club, LLC**                                     Case No.   **10-50632**
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Danforth Pewter <br> c/o Shirley Pewter Shop <br> PO Box 828 <br> Middlebury, VT 05753 | | - | | | | | 4,579.58 |
| Account No. <br><br> Daniel's Welding & Tires, Inc. <br> 8005 Hankins Industrial Park <br> Toano, VA 23168 | | - | | | | | 186.19 |
| Account No. <br><br> Daubers <br> 7645 Dynatech Court <br> Springfield, VA 22153 | | - | | | | | 462.31 |
| Account No. <br><br> Davis-Garvin Agency, Inc. <br> PO Box 21627 <br> Columbia, SC 29221 | | - | | | | | 6,739.29 |
| Account No. <br><br> Delta Dental <br> PO Box 758722 <br> Baltimore, MD 21275 | | - | | | | | 1,722.80 |

Sheet no. _7_ of _28_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   13,690.17

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marsh Hawk Golf Club, LLC**                                      Case No. ___**10-50632**___
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Department of Motor Vehicles** PO Box 27412 Richmond, VA 23269 | - | | | | | | | 49.75 |
| Account No. | | | | | | | | |
| **Diamond Springs** PO Box 38668 Henrico, VA 23231 | - | | | | | | | 55.92 |
| Account No. | | | | | | | | |
| **Dixie Fuel** PO Box 1160 Yorktown, VA 23692 | - | | | | | | | 1,740.88 |
| Account No. | | | | | | | | |
| **Dolphin Capital Corp** PO Box 644006 Cincinnati, OH 45264 | - | | | | | | | 136.71 |
| Account No. | | | | | | | | |
| **Dominion Virginia Power** P.O. Box 26543 Richmond, VA 23219 | - | | | | | | | 352.00 |

Sheet no. __8__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     2,335.26

B6F (Official Form 6F) (12/07) - Cont.

In re **Marsh Hawk Golf Club, LLC**        Case No. ___**10-50632**___
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| DR Pro Products Inc. DBA Ghost Tape 536 Golf Road Lancaster, PA 17602 | - | | | | | | | 99.00 |
| Account No. | | | | | | | | |
| Duron Paints & Wallcoverings 6520 Richmond Road Williamsburg, VA 23188 | - | | | | | | | 138.41 |
| Account No. | | | | | | | | |
| E-Z-Go A Textron Company PO Box 905610 Charlotte, NC 28290 | - | | | | | | | 1,039.53 |
| Account No. | | | | | | | | |
| Eisinger Smith, Inc. PO Box 5008 Golden, CO 80401 | - | | | | | | | 3,800.00 |
| Account No. | | | | | | | | |
| Fastenal PO Box 978 Winona, MN 55987 | - | | | | | | | 26.18 |

Sheet no. _9_ of _28_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     5,103.12

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marsh Hawk Golf Club, LLC**                                  Case No.    **10-50632**
                                                                        
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **502038** <br><br> **Federal Express** <br> PO Box 672085 <br> Dallas, TX 75267 | | - | | | | | 1,507.85 |
| Account No. 0000502038 <br><br> **Fedex Kinko's** <br> PO Box 672085 <br> Dallas, TX 75267 | | - | | | | | 336.50 |
| Account No. <br><br> **First Colony Coffee & Tea Inc.** <br> PO Box 102979 <br> Atlanta, GA 30368 | | - | | | | | 1,723.01 |
| Account No. <br><br> **Fleet Brothers of Williamsburg** <br> PO Box 399 <br> Toano, VA 23168 | | - | | | | | 122.40 |
| Account No. <br><br> **Footjoy** <br> PO Box 532419 <br> Charlotte, NC 28290 | | - | | | | | 10,169.69 |

Sheet no. __10__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    13,859.45

In re  **Marsh Hawk Golf Club, LLC**                                         Case No. __**10-50632**__
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. |  |  |  |  |  |  |  |
| Ford's Colony Country Club, In 240 Ford's Colony Drive Williamsburg, VA 23188 | - |  |  |  |  |  | Unknown |
| Account No. |  |  |  |  |  |  |  |
| Ford's Colony Homeowners Assoc 100 Manchester Williamsburg, VA 23188 | - |  |  |  |  |  | 742.00 |
| Account No. |  |  |  |  |  |  |  |
| Frank Jones Mailing Equipment 737 Grove Road Midlothian, VA 23114 | - |  |  |  |  |  | 569.90 |
| Account No. |  |  |  |  |  |  |  |
| G&K Service 805 Gust Lane Portsmouth, VA 23701 | - |  |  |  |  |  | 2,463.03 |
| Account No. |  |  |  |  |  |  |  |
| GCSAA 1421 Research Park Drive Lawrence, KS 66049 | - |  |  |  |  |  | 320.00 |

Sheet no. __11__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,094.93

B6F (Official Form 6F) (12/07) - Cont.

In re __Marsh Hawk Golf Club, LLC__                                    Case No. ___10-50632___
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| Golf Associates Scorecard Comp PO Box 6917 Asheville, NC 28816 | | - | | | | | | 916.36 |
| Account No. | | | | | | | | |
| Golf Digest PO Box 37080 Boone, IA 50037 | | - | | | | | | 13.97 |
| Account No. | | | | | | | | |
| Golf Solutions I, LLC dba Laser Link Golf 4027 Owl Creek Drive Madison, WI 53718 | | - | | | | | | 518.00 |
| Account No. | | | | | | | | |
| Golfsmith 11000IH-35 North Austin, TX 78753 | | - | | | | | | 1,039.73 |
| Account No. | | | | | | | | |
| Grand Metro Builders Inc. PO Box 588 Quinton, VA 23141 | | - | | | | | | 4,933.83 |

Sheet no. __12__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        7,421.89

B6F (Official Form 6F) (12/07) - Cont.

In re __Marsh Hawk Golf Club, LLC__ , Case No. ___10-50632___
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Greg Norman Collection 101 Acquisition, Inc. PO Box 601898 Charlotte, NC 28260 | - | | | | | | | 1,185.00 |
| Account No. | | | | | | | | |
| Heritage Creations USA 21 Court Street Hudson Falls, NY 12839 | - | | | | | | | 905.53 |
| Account No. | | | | | | | | |
| Herod Seed Inc. 1400 Ingram Avenue Richmond, VA 23224 | - | | | | | | | 3,307.93 |
| Account No. | | | | | | | | |
| Honolulu Fish Company 824 Gulick Avenue Honolulu, HI 96819 | - | | | | | | | 598.46 |
| Account No. | | | | | | | | |
| Houston Communications Inc. dba 5205 Limited Partnership 1105 Industrial Boulevard Sugar Land, TX 77478 | - | | | | | | | 842.55 |

Sheet no. __13__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,839.47

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marsh Hawk Golf Club, LLC**                                      Case No.   **10-50632**
                                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| HRUBS PO Box 1651 Norfolk, VA 23501 | - | | | | | | 641.13 |
| Account No. | | | | | | | |
| Hudgins Holiday 543 Second Street Williamsburg, VA 23185 | | | | | | | 3,460.80 |
| Account No. | | | | | | | |
| Imperial Headwear Inc. 1086 Paysphere Circle Chicago, IL 60674 | - | | | | | | 1,300.00 |
| Account No. | | | | | | | |
| Independent Lighting Corp PO Box 2585 Virginia Beach, VA 23450 | - | | | | | | 2,353.14 |
| Account No. | | | | | | | |
| Innovative Turf Services 12308 Spur Lane Rockville, VA 23146 | - | | | | | | 519.10 |

Sheet no. __14__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **8,274.17**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marsh Hawk Golf Club, LLC**                 Case No.   **10-50632**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. | | | | | | | |
| International Gourmet Foods In 7520 Fullerton Road Springfield, VA 22153 | - | | | | | | 1,046.84 |
| Account No. | | | | | | | |
| James River Air Conditioning 1905 Westmoreland Street Richmond, VA 23230 | - | | | | | | 17,551.00 |
| Account No. | | | | | | | |
| Kamco Services 7138 Duffie Drive Williamsburg, VA 23185 | - | | | | | | 219.00 |
| Account No. | | | | | | | |
| Larry Spielberg 195 Nottinghamshire Williamsburg, VA 23188 | - | | | | | | 771.19 |
| Account No. | | | | | | | |
| Lesco/John Deere Landscape 24110 Network Place Chicago, IL 60673 | - | | | | | | 15,945.66 |

Sheet no. __15__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **35,533.69**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marsh Hawk Golf Club, LLC**                          Case No. __10-50632__
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Let Us Produce 3587 Argonne Avenue Norfolk, VA 23509 | | - | | | | | | 1,571.80 |
| Account No. | | | | | | | | |
| Loveland Distributing 290 Dabney Road Richmond, VA 23230 | | - | | | | | | 134.00 |
| Account No. | | | | | | | | |
| Manakintowne Specialty Growers 2570 Federal Hill Farms Road Powhatan, VA 23139 | | - | | | | | | 1,693.88 |
| Account No. | | | | | | | | |
| Marsh Hawk Golf Club 240 Fords Colony Drive Williamsburg, VA 23188 | | - | | | | | | 1,189.89 |
| Account No. | | | | | | | | |
| Maui Jim USA 6534 Eagle Way Chicago, IL 60678 | | - | | | | | | 1,646.50 |

Sheet no. __16__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          6,236.07

B6F (Official Form 6F) (12/07) - Cont.

In re **Marsh Hawk Golf Club, LLC**                    Case No. __10-50632__
                                                    ,
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Meadowspring Turf LLC 17820 The Glebe Lane Charles City, VA 23030 | | - | | | | | | 29.82 |
| Account No. | | | | | | | | |
| Mid-Atlantic Time Systems Inc. PO Box 114 Lightfoot, VA 23090 | | - | | | | | | 402.88 |
| Account No. | | | | | | | | |
| Miller Oil Co Inc. 1000 E City Hall Avenue Norfolk, VA 23504 | | - | | | | | | 3,441.75 |
| Account No. | | | | | | | | |
| Mobile Safety Service Inc. PO Box 5785 Williamsburg, VA 23188 | | - | | | | | | 277.76 |
| Account No. | | | | | | | | |
| Optimize I.T. 3601 La Grange Parkway Toano, VA 23168 | | - | | | | | | 932.50 |

Sheet no. __17__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              5,084.71

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marsh Hawk Golf Club, LLC**                                    Case No.  **10-50632**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| Paramount Calendar & Advertisi 52 West 29th Street New York, NY 10001 | - | | | | | | | 377.67 |
| Account No. | | | | | | | | |
| Pet Dairy PO Box 60498 Charlotte, NC 28260 | - | | | | | | | 783.65 |
| Account No. | | | | | | | | |
| Ping PO Box 52450 Phoenix, AZ 85071 | - | | | | | | | 3,398.46 |
| Account No. 8000-9000-0869-7215 | | | | | | | | |
| Pitney Bowes PO Box 856042 Louisville, KY 40285 | - | | | | | | | 3,031.19 |
| Account No. | | | | | | | | |
| Premier Medical Mgmt & Consult PO Box 5217 Williamsburg, VA 23188 | - | | | | | | | 19.00 |

Sheet no.  _18_  of  _28_  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    7,609.97

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marsh Hawk Golf Club, LLC**                                      Case No.   **10-50632**
_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Produce Source Partners Inc. PO Box 79033 Baltimore, MD 21279 | - | | | | | | | 1,558.35 |
| Account No. | | | | | | | | |
| Professional Golf Ball Service dba PG Professional Golf 12505 Reed Road, Suite 200 Sugar Land, TX 77478 | - | | | | | | | 1,569.72 |
| Account No. | | | | | | | | |
| Pukka Inc. 231232 Momentum Place Chicago, IL 60689 | - | | | | | | | 1,908.00 |
| Account No. | | | | | | | | |
| R&M Supply Company PO Box 176 Norfolk, VA 23501 | - | | | | | | | 51.44 |
| Account No. | | | | | | | | |
| RC Agronomic Solutions dba The Tom Rash Company 14112 Dorsetshire Court Midlothian, VA 23113 | - | | | | | | | 42,895.62 |

Sheet no. __19__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     47,983.13

B6F (Official Form 6F) (12/07) - Cont.

In re **Marsh Hawk Golf Club, LLC** Case No. **10-50632**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **RCS Holdings LLC** <br> **100 Manchester** <br> **Williamsburg, VA 23188** | - | | **Lease for Wine Cellar** | | | | 17,910.00 |
| Account No. <br><br> **RCS-Realtec Community Services** <br> **100 Manchester** <br> **Williamsburg, VA 23188** | - | | | | | | 1,647.74 |
| Account No. <br><br> **Realtec Incorporated** <br> **One Ford's Colony Drive** <br> **Williamsburg, VA 23188** | - | | **2009 Loan** | | | | 105,444.00 |
| Account No. <br><br> **Revels Tractor Company, Inc.** <br> **2217 Main Street** <br> **Fuquay Varina, NC 27526** | - | | | | | | 298.13 |
| Account No. <br><br> **Riverside Paper Supply** <br> **240 Enterprise Drive** <br> **Newport News, VA 23603** | - | | | | | | 327.80 |

Sheet no. __20__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **125,627.67**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marsh Hawk Golf Club, LLC**                                    Case No.   **10-50632**
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Riverside Rehabilitation 245 Chesapeake Avenue Newport News, VA 23607 | - | | | | | | 450.00 |
| Account No. | | | | | | | |
| Robert & Wendy Kuhn 108 Sagamore Williamsburg, VA 23188 | - | | | | | | 3,368.34 |
| Account No. | | | | | | | |
| Rutherford Janitor Supply Corp 2522 Hermitage Road Richmond, VA 23220 | - | | | | | | 1,858.59 |
| Account No. 28 | | | | | | | |
| Shirley Pewter Shops 1209 Jamestown Road Williamsburg, VA 23185 | - | | | | | | 428.72 |
| Account No. | | | | | | | |
| Sir Speedy 240 McLaws Circle Williamsburg, VA 23185 | - | | | | | | 721.18 |

Sheet no. __21__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          6,826.83

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marsh Hawk Golf Club, LLC**                                    Case No.   **10-50632**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. | | | | | | | |
| Smith & Tweed The CIT Group/Com'l Services PO Box 1036 Charlotte, NC 28201 | - | | | | | | 766.66 |
| Account No. | | | | | | | |
| Smith Turf & Irrigation PO Box 669388 Charlotte, NC 28266 | - | | | | | | 7,628.10 |
| Account No. | | | | | | | |
| Sprint PO Box 4181 Carol Stream, IL 60197 | - | | | | | | 604.94 |
| Account No. | | | | | | | |
| St. Andrews Products Co. 500 Mariner Drive Michigan City, IN 46360 | - | | | | | | 735.28 |
| Account No. | | | | | | | |
| Straight Down Clothing Co First Capital PO Box 643382 Cincinnati, OH 45264 | - | | | | | | 2,520.15 |

Sheet no. __22__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                12,255.13

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marsh Hawk Golf Club, LLC**                                    Case No. _____10-50632_____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Tail Inc. PO Box 98 Columbus, GA 31902 | | - | | | | | 1,420.85 |
| Account No. | | | | | | | |
| Tandy Brands Accessories 107 W Gonzales Street Yoakum, TX 77995 | | - | | | | | 1,641.51 |
| Account No. | | | | | | | |
| Taylor Made PO Box 406043 Atlanta, GA 30384 | | - | | | | | 1,714.00 |
| Account No. | | | | | | | |
| Tehama c/o NACABI/TEHAMA/Porter Capit PO Box 12105 Birmingham, AL 35202 | | - | | | | | 3,077.22 |
| Account No. | | | | | | | |
| Textron Financial Dept AT 40219 Atlanta, GA 31192 | | - | | | | | 23,818.75 |

Sheet no. __23__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,672.33

In re **Marsh Hawk Golf Club, LLC**        Case No.    **10-50632**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| The Antigua Group PO Box 5300 Peoria, AZ 85385-5300 | - | | | | | | 640.82 |
| Account No. | | | | | | | |
| Tidewater Pressure Washing 507 Central Drive Suite 101 Virginia Beach, VA 23454 | - | | | | | | 850.00 |
| Account No. | | | | | | | |
| Titleist PO Box 532402 Charlotte, NC 28290 | - | | | | | | 21,366.07 |
| Account No. | | | | | | | |
| Toro NSN 39398 Treasury Center Chicago, IL 60694 | - | | | | | | 205.00 |
| Account No. | | | | | | | |
| Tournament Solutions LLC 130 Centre Street Schoolhouse Danvers, MA 01923 | - | | | | | | 7,300.00 |

Sheet no. __24__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     30,361.89

B6F (Official Form 6F) (12/07) - Cont.

In re __Marsh Hawk Golf Club, LLC__        Case No. __10-50632__
                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> TowneBank <br> PO Box 7188 <br> Portsmouth, VA 23707 | - | | | | | | | 1,291.67 |
| Account No. <br><br> Trap Zap <br> 255 Braen Avenue <br> Wyckoff, NJ 07481 | - | | | | | | | 800.30 |
| Account No. <br><br> Tri Cities Distributing <br> 612 Industrial Park Drive <br> Newport News, VA 23608 | - | | | | | | | 307.45 |
| Account No. <br><br> Turf Services Company <br> PO Box 15452 <br> Richmond, VA 23227 | - | | | | | | | 1,028.43 |
| Account No. <br><br> UPS <br> PO Box 7247-0244 <br> Philadelphia, PA 19170 | - | | | | | | | 37.78 |

Sheet no. __25__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        __3,465.63__

B6F (Official Form 6F) (12/07) - Cont.

In re __Marsh Hawk Golf Club, LLC__      Case No. __10-50632__
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| UZ Engineered Products PO Box 74189 Cleveland, OH 44194 | - | | | | | | | 300.96 |
| Account No. | | | | | | | | |
| VGCSA 10231 Telegraph Road Suite A Glen Allen, VA 23059 | - | | | | | | | 480.00 |
| Account No. | | | | For notice purposes only | | | | |
| Virginia Dept of Taxation PO Box 1115 Richmond, VA 23218-1115 | - | | | | | | | 0.00 |
| Account No. 105900 | | | | | | | | |
| Virginia Food Service Group In 7422 Ranco Road PO Box 28010 Henrico, VA 23228 | - | | | | | | | 33,683.75 |
| Account No. | | | | | | | | |
| Virginia Linen Service 875 East Bank Street Petersburg, VA 23804 | - | | | | | | | 5,658.58 |

Sheet no. __26__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                       Subtotal
         (Total of this page)    40,123.29

4/22/10 5:23PM

In re **Marsh Hawk Golf Club, LLC**                                  Case No. **10-50632**

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | W J C | | | | | |
| Account No. | | | | | | | | |
| Virginia State Golf Associatio 600 Founders Bridge Boulevard Midlothian, VA 23113 | - | | | | | | | 2,375.00 |
| Account No. | | | | | | | | |
| VSC Fire & Security Inc. 10343-B Kings Acres Road Ashland, VA 23005 | - | | | | | | | 6,872.01 |
| Account No. | | | | | | | | |
| Waltrip Recycling Inc. 11 Marclay Road Williamsburg, VA 23185 | - | | | | | | | 101.13 |
| Account No. | | | | | | | | |
| Waterside Fish & Produce 4564 Progress Road Norfolk, VA 23502 | - | | | | | | | 7,054.42 |
| Account No. 28960 | | | | | | | | |
| Weddingpages Inc. 11106 Mockingbird Drive Omaha, NE 68137 | - | | | | | | | 1,200.00 |

Sheet no. **27** of **28** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **17,602.56**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marsh Hawk Golf Club, LLC**                                    Case No. __10-50632__
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| West Coast Trends, Inc. 17811 Jamestown Lane Huntington Beach, CA 92647 | - | | | | | | 731.48 |
| Account No. | | | | | | | |
| Western Pest Services 4205 Virginia Beach Boulevard Virginia Beach, VA 23452 | - | | | | | | 246.00 |
| Account No. | | | | | | | |
| Witt Mares PO Box 79279 Baltimore, MD 21279 | - | | | | | | 6,230.00 |
| Account No. | | | | | | | |
| Wittek 3865 Commercial Avenue Northbrook, IL 60062 | - | | | | | | 1,505.12 |
| Account No. 097543342 | | | | | | | |
| Xerox PO Box 827181 Philadelphia, PA 19182 | - | | | | | | 628.22 |

Sheet no. __28__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 9,340.82 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 486,349.46 |

B6G (Official Form 6G) (12/07)

In re   **Marsh Hawk Golf Club, LLC**                               ,     Case No.    **10-50632**

                                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Alpha Staff**<br>**800 Corporate Drive, Suite 600**<br>**Fort Lauderdale, FL 33334** | **Payroll Contract** |
| **Ford's Colony Country Club**<br>**240 Ford's Colony Drive**<br>**Williamsburg, VA 23188** | **Management Agreement dated December 1, 2006**<br>**(Debtor is owner)** |
| **GE Capital**<br>**PO Box 802585**<br>**Chicago, IL 60680** | **Equipment Lease** |
| **John Deere Credit**<br>**Dept. 77254**<br>**Detroit, MI 48277-0254** | **Equipment Lease** |
| **Members of Marsh Hawk Golf**<br>**Club who may hold executory**<br>**contracts** | **To Be Determined** |
| **National City**<br>**995 Dalton Avenue**<br>**Cincinnati, OH 45203** | **Equipment Lease** |
| **RCS Holdings LLC**<br>**100 Manchester**<br>**Williamsburg, VA 23188** | **Wine Cellar Lease** |
| **Turf Equipment Leasing**<br>**PO Box 668883**<br>**Charlotte, NC 28266** | **Equipment Lease** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Marsh Hawk Golf Club, LLC**                          Case No.    __**10-50632**__

                                   Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ford's Colony Country Club, In**<br>**240 Ford's Colony Drive**<br>**Williamsburg, VA 23188** | **Prudential Industrial Properti**<br>**4221 Collections Center Drive**<br>**Lockbox 4221**<br>**Chicago, IL 60693** |

**0**

____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re **Marsh Hawk Golf Club, LLC**        Case No. **10-50632**
Debtor(s)

## NOT APPLICABLE

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | 0.00 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
|     b. Insurance | $ | 0.00 | $ | 0.00 |
|     c. Union dues | $ | 0.00 | $ | 0.00 |
|     d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ | 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 0.00 | |

(Report also on Summary of Schedules and, if applicable, on<br/>Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **Marsh Hawk Golf Club, LLC**        Case No.    **10-50632**
Debtor(s)

## NOT APPLICABLE

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
| a. Are real estate taxes included? Yes ___ No **X** | | |
| b. Is property insurance included? Yes ___ No **X** | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 0.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 0.00 |
| d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 0.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 0.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other _____ | $ | 0.00 |
| c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other _____ | $ | 0.00 |
| Other _____ | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 0.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a. Average monthly income from Line 15 of Schedule I | $ | 0.00 |
| b. Average monthly expenses from Line 18 above | $ | 0.00 |
| c. Monthly net income (a. minus b.) | $ | 0.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia, Newport News Division

In re    **Marsh Hawk Golf Club, LLC**         Case No.    **10-50632**
                       Debtor(s)        Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the on behalf of Marsh Hawk Holding, LLC of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **46** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **April 22, 2010**               Signature    **/s/ Mike Tiernan**
                                                  **Mike Tiernan**
                                                  **on behalf of Marsh Hawk Holding, LLC**

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Eastern District of Virginia, Newport News Division

In re    **Marsh Hawk Golf Club, LLC**                           Case No.    **10-50632**

                                            Debtor(s)                 Chapter    **11**

## STATEMENT OF FINANCIAL AFFAIRS

        This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

        Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

        *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

        *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None   ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $8,065,762.00 | 2008 Operation of business |
| $6,715,587.00 | 2009 Operation of business |
| $1,366,400.00 | 2010 Operation of business |

---

**2. Income other than from employment or operation of business**

None   ■    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

               AMOUNT                     SOURCE

### 3. Payments to creditors

None ■ *Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| GE Capital<br>PO Box 802585<br>Chicago, IL 60680 | January 14, 2010, January 25, 2010, February 24, 2010 | $26,121.84 | $0.00 |
| Textron Financial<br>Dept AT 40219<br>Atlanta, GA 31192 | January 15, 2010 | $8,027.90 | $0.00 |
| Dominion Virginia Power<br>P.O. Box 26543<br>Richmond, VA 23219 | January 27, 2010, February 25, 2010, March 18, 2010 | $22,144.73 | $0.00 |
| VA Food<br>7422 Ranco Road<br>PO Box 28010<br>Henrico, VA 23228 | January 14, 2010, January 22, 2010, January 27, 2010, February 5, 2010 | $33,271.32 | $0.00 |
| MGA<br>Attn: Rick Jackson<br>109 Huntercombe<br>Williamsburg, VA 23188 | March 17, 2010 | $8,600.00 | $0.00 |
| LGA-18<br>Attn: Kitt Ober<br>106 Clydeside<br>Williamsburg, VA 23188 | March 17, 2010 | $5,500.00 | $0.00 |
| AlphaStaff, Inc.<br>for regular payroll | January 6, 2010; January 21, 2010; February 5, 2010; February 19, 2010; March 3, 2010; and March 17, 2010 | $394,765.77 | $0.00 |

None ☐ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached** | | **$0.00** | **$0.00** |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Prudential Industrial Properties, LLC v Ford's Colony Country Club, Inc., et al.** | **Application for appointment of receiver** | **Williamsburg, Virginia Circuit Court** | **Pending** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Crowley, Liberatore & Ryan, P.C.**<br>**1435 Crossways Boulevard, Suite 300**<br>**Chesapeake, VA 23320** | **February 24, 2010, March 26, 2010** | **16,500.00** |
| **Willcox & Savage, P.C.**<br>**One Commercial Place, Ste 1800**<br>**Attn: Ross C. Reeves, Esq.**<br>**Norfolk, VA 23510** | **March 31, 2010** | **50,000.00** |

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **See Attached** | | |

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Dorothea M. Ford**<br>**324 Dogleg Drive**<br>**Williamsburg, VA 23188** | **Artwork/Paintings**<br>**Approximate Value: $200,000.00** | **Clubhouse, 240 Fords Colony Drive,**<br>**Williamsburg, Virginia 23188** |
| **Ladies Golf Association**<br>**c/o Sue Snapp**<br>**104 Dornoch**<br>**Williamsburg, VA 23188** | **Fees $4,430.00** | **240 Ford's Colony Drive, Williamsburg,**<br>**VA 23188** |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Steve Dreybus**<br>**240 Ford's Colony Drive**<br>**Williamsburg, VA 23188** | **2008-2010** |

None ☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Witt Mares** | **4801 Courthouse Street, #200**<br>**Williamsburg, VA 23188** | **2008** |

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Steve Dreybus** | **240 Ford's Colony Drive**<br>**Williamsburg, VA 23188** |

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Prudential Industrial Properties, LLC**<br>**c/o Prudential-Priac**<br>**4221 Collections Center Drive**<br>**Lockbox 4221**<br>**Chicago, IL 60693** | **Monthly** |

---

### 20. Inventories

None ☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **February 28, 2010 and March 31, 2010** | **Mark Thomas** | **Food Inventory: $26,384.00**<br>**Cost basis** |
| **February 28, 2010 and March 31, 2010** | **Joe Andreoli** | **Beer: $6,815.00**<br>**Wine: $285,545.00**<br>**Liquor: $12,330.00** |
| **February 28, 2010 and March 31, 2010** | **TC. Sessoms** | **Golf Merchandise: $124,321.00**<br>**Cost basis** |

None  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
☐

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **February 28, 2010 and March 31, 2010** | **Steve Dreybus**<br>**240 Ford's Colony Drive**<br>**Williamsburg, VA 23188** |
| **February 28, 2010 and March 31, 2010** | **Steve Dreybus**<br>**240 Ford's Colony Drive**<br>**Williamsburg, VA 23188** |
| **February 28, 2010 and March 31, 2010** | **Steve Dreybus**<br>**240 Ford's Colony Drive**<br>**Williamsburg, VA 23188** |

### 21 . Current Partners, Officers, Directors and Shareholders

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐  controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Marsh Hawk Holding, LLC**<br>**240 Ford's Colony Drive**<br>**Williamsburg, VA 23188** | **Member** | **100%** |

### 22 . Former partners, officers, directors and shareholders

None  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■  commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■  immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
■  in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
☐  group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Ford's Colony Country Club, Inc.** | **56-1159737** |

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Ford's Colony First Choice Realty** | **58-2531756** |

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **April 22, 2010**

Signature  **/s/ Mike Tiernan**

**Mike Tiernan**
**on behalf of Marsh Hawk Holding, LLC**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Marsh Hawk Golf Club, LLC
Bankruptcy Case No. 10-50632
SOFA, Question 3(c).

| Creditor | Date of Payment | Amount Paid | Amount Owing |
|---|---|---|---|
| **First Choice Realty, Inc.** – shareholders are common to FCCC<br>1 Ford's Colony Drive<br>Williamsburg, Virginia 23188 | | | |
| | 4-17-09<br>(invoice re: Endpoint License) | $797.79 | $0 |
| | 4-23-09<br>(invoice re: Verizon) | $423.70 | $0 |
| | 4-30-09<br>(invoice re: loan repayment) | $26,000 | $0 |
| | 5-14-09<br>(invoice re: membership Commissions) | $9,050 | $0 |
| | 6-26-09<br>(invoice re: various) | $246.85 | $0 |
| | 10-30-09<br>(invoice re: executive salaries, various) | $5,090.20 | $0 |
| | 11-11-09<br>(invoice re: executive salaries) | $10,000 | $0 |
| | 12-9-09<br>(invoice re: executive salaries) | $15,000 | $0 |
| | 1-7-10<br>(invoice re: executive salaries) | $6,500 | $0 |
| | 1-20-10<br>(invoice re: various) | $1,281.23 | $0 |
| | 1-20-10<br>(invoice re: executive salaries) | $10,000 | $0 |
| | 2-11-10<br>(invoice re: executive salaries) | $10,000 | $0 |
| | 3-11-10<br>(invoice re: Xerox copier purchase) | $5,000 | $0 |
| | 3-31-10<br>(invoice re: executive salaries) | $10,000 | $0 |

**Ford's Colony Country Club** – affiliate
240 Ford's Colony Drive
Williamsburg, Virginia 23188

| | | |
|---|---|---|
| 4-8-09<br>(invoice re: $18,000 loan) | $18,000 | $0 |
| 5-5-09<br>(invoice re: $16,000 loan) | $16,000 | $0 |
| 5-22-09<br>(invoice re: $10,000 loan) | $10,000 | $0 |
| 6-11-09<br>(invoice re: $8,000 loan) | $8,000 | $0 |
| 7-30-09<br>(invoice re: $9,500 loan) | $9,500 | $0 |
| 9-10-09<br>(invoice re: $11,000 advance) | $11,000 | $0 |
| 10-8-09<br>(invoice re: $6,000 advance) | $6,000 | $0 |
| 10-29-09<br>(invoice re: $25,000 advance) | $25,000 | $0 |
| 12-2-09<br>(invoice re: $17,200 advance; invoice re: $10,000 advance) | $27,200 | $0 |
| 12-29-09<br>(invoice re: $5,500 advance) | $5,500 | $0 |
| 1-14-09<br>(invoice re: $12,000 advance) | $12,000 | $0 |
| 1-27-09<br>(invoice re: $4,000 advance) | $4,000 | $0 |
| 1-29-09<br>(invoice re: $2,000 advance) | $2,000 | $0 |

2

**Realtec Community Services, Inc.** – shareholders are common to FCCC
100 Manchester Drive
Williamsburg, Virginia 23188

| | | |
|---|---|---|
| 4-8-09 (invoice) | $5,260.89 | |
| 5-19-09 | $187.96 | |
| 7-28-09 | $193.47 | |
| 12-2-09 (invoice re: COBRA) | $1,754.55 | |

**Realtec, Inc.** – shareholder is common to FCCC
One Ford's Colony Drive
Williamsburg, Virginia 23188

| | | |
|---|---|---|
| 4-23-09 (invoice) | $245 | |
| 9-10-09 | $662.28 | |
| 1-20-10 (invoices re: flowers, personal property taxes) | $603.77 | |
| 1-28-10 (marketing salaries) | $3,756.15 | |
| 2-4-10 (invoice re: January-March parking lot lease payment) | $10,500 | |
| 3-31-10 (invoice re: April parking lot lease payment) | $3,500 | |

*See also* SOFA, question 10(a).

**Techco, LLC** – owned by a company (Ford's Colony Holdings, LLC) owned mostly by FCCC
1 Ford's Colony Drive
Williamsburg, Virginia 23188

| | | |
|---|---|---|
| 11-13-09 (invoice re: loan repayment) | $10,000 | $0 |
| 12-9-09 (invoice re: Mortar, Etc.) | $5,576 | $0 |

**Dorothea M. Ford** – spouse of shareholder of FCCC
324 Dogleg Drive
Williamsburg, Virginia 23188

| | | |
|---|---|---|
| 12-23-09 (invoice re: loan repayment) | $25,000 | $0 |

3

|  | 12-28-09<br>(invoice re: loan repayment) | $65,000 | $0 |

**Richard J. Ford** – shareholder of FCCC
1 Ford's Colony Drive
Williamsburg, Virginia 23188

|  | 12-15-09<br>(invoice re: TV) | $500 | $0 |

**Steve Dreybus** – General Manager of Marsh Hawk Golf Club, LLC
240 Ford's Colony Drive
Williamsburg, Virginia 23188

|  | 1-7-10<br>(invoice re: food) | $205.41 | $0 |
|  | 2-4-10<br>(invoice re: chair/bench kits) | $824.70 | $0 |
|  | 2-11-10<br>(invoice re: supplies for benches) | $387.56 | $0 |
|  | 2-19-10<br>(invoice re: February 2010 advertisement) | $74 | $0 |
|  | 3-8-10<br>(invoice re: Duracard) | $226.66 | $0 |
|  | 3-17-10<br>(invoice re: March 2010 advertisement) | $111 | $0 |

**Michael Tiernan** – Executive Vice President of Ford's Colony Country Club, Inc.
240 Ford's Colony Drive
Williamsburg, Virginia 23188

|  | 9-25-10<br>(invoice re: reimbursement for purchase of merchandise) | $1,049 | $0 |

**Larry Spielberg** – prior General Manager of Marsh Hawk Golf Club, LLC

|  | 10-8-09<br>(invoice re: expert report) | $1,768.61 | $0 |
|  | 11-13-09<br>(invoice) | $900 | $0 |

I-938864.2

Marsh Hawk Golf Club, LLC
Bankruptcy Case No. 10-50632
SOFA, Question 10(a).

In October, 2009, TowneBank made a $250,000 loan to Marsh Hawk Golf Club, Inc., secured by a $313,344 account receivable due from Marriott Ownership Resorts, Inc., in order to provide necessary cash for the Debtors in advance of a scheduled payment date in February. The receivable was paid and the note discharged in February, 2010.

As a condition to the loan, the Debtors agreed that $50,000 of the account receivable proceeds would be transferred to reduce or collateralize a loan made by TowneBank to a non-debtor affiliate, Ford's Colony First Choice Realty, Inc. ("First Choice"). The transfer to or for the benefit of First Choice was booked as a reduction of a liability of the Debtors to another affiliate and therefore a payment to that entity by offset.

I-938864.2

# United States Bankruptcy Court
## Eastern District of Virginia, Newport News Division

In re  **Marsh Hawk Golf Club, LLC** _____  Case No.   **10-50632** _____

                                                  Debtor(s)                      Chapter    **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | _____ * |
| Prior to the filing of this statement I have received | $ | **50,000.00** |
| Balance Due | $ | _____ * |

\*As approved by the Court

2.   $   **1,039.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:
    ☒ Debtor    ☐ Other *(specify)*

4.   The source of compensation to be paid to me is:
    ☒ Debtor    ☐ Other *(specify)*

5.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  Other provisions as needed:

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Form B203 - Continued                                                                                  2005 USBC, Eastern District of Virginia

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 22, 2010**                                              **/s/ Ross C. Reeves**
*Date*                                                          **Ross C. Reeves**
                                                               *Signature of Attorney*

                                                               **Willcox & Savage, P.C.**
                                                               *Name of Law Firm*
                                                               **One Commercial Place, Suite 1800**
                                                               **Norfolk, VA 23510**
                                                               **(757) 628-5500  Fax: (757) 628-5566**

---

### *For use in Chapter 13 Cases where Fees Requested Not in Excess of $3,000*
### *(For all Cases Filed on or after 10/17/2005)*
## NOTICE TO DEBTOR(S) AND STANDING TRUSTEE
## PURSUANT TO INTERIM PROCEDURE 2016-1(C)(7)

Notice is hereby given that pursuant to Local Bankruptcy Rule 2016-1(C)(7)(a), you have ten (10) business days from the meeting of creditors in this case in which to file an objection with the court to the fees requested in this disclosure of compensation opposing said fees in their entirety, or in a specific amount.

### PROOF OF SERVICE

The undersigned hereby certifies that on this date the foregoing Notice was served upon the debtor(s), the standing Chapter 13 Trustee, and U. S. Trustee pursuant to Interim Procedure 2016-1(C)(7)(a) and Local Bankruptcy Rule 2002-1(D)(1)(f), by first-class mail or electronically.

*Date*

                                                               *Signature of Attorney*

# United States Bankruptcy Court
## Eastern District of Virginia, Newport News Division

In re    **Marsh Hawk Golf Club, LLC**

Debtor

Case No. _____**10-50632**_____

Chapter _____**11**_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Marsh Hawk Holding, LLC**<br>**240 Ford's Colony Drive**<br>**Williamsburg, VA 23188** | | **100%** | **100% ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the on behalf of Marsh Hawk Holding, LLC of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**April 22, 2010**_____

Signature **/s/ Mike Tiernan**_____
**Mike Tiernan**
**on behalf of Marsh Hawk Holding, LLC**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___**0**___   continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of Virginia, Newport News Division

In re  **Marsh Hawk Golf Club, LLC**  _____  Case No.  **10-50632** _____

Debtor(s)  Chapter  **11** _____

## SEE ATTACHED

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS  (NOTE: ONLY INCLUDE information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

| | | |
|---|---|---:|
| 1. Gross Income For 12 Months Prior to Filing: | $ | 6,467,002 |

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

| | | |
|---|---|---:|
| 2. Gross Monthly Income | $ | 0.00 |

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | | |
|---|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $ | 0.00 |
| 4. Payroll Taxes | | 0.00 |
| 5. Unemployment Taxes | | 0.00 |
| 6. Worker's Compensation | | 0.00 |
| 7. Other Taxes | | 0.00 |
| 8. Inventory Purchases (Including raw materials) | | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | 0.00 |
| 10. Rent (Other than debtor's principal residence) | | 0.00 |
| 11. Utilities | | 0.00 |
| 12. Office Expenses and Supplies | | 0.00 |
| 13. Repairs and Maintenance | | 0.00 |
| 14. Vehicle Expenses | | 0.00 |
| 15. Travel and Entertainment | | 0.00 |
| 16. Equipment Rental and Leases | | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | | 0.00 |
| 18. Insurance | | 0.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

| | | |
|---|---|---:|
| 22. Total Monthly Expenses (Add items 3-21) | $ | 0.00 |

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

| | | |
|---|---|---:|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $ | 0.00 |

## CASH INCOMING

| | | |
|---|---|---|
| Withdrawal from insurance escrow | $6,750 | |
| Projected receivables -end March | $193,000 | |
| Actual cash / cc - April '09 ($307,000) | | |
| Cash / CC Collections - April '10 (increase $10k) | $315,000 | |
| **Projected Revenue** | | **$514,750** |

## EXPENSES

### *Marsh Hawk*

**Payroll**

| | | |
|---|---|---|
| Payroll  (April 16, 30) | $192,000 | |
| Executive Salaries | $10,000 | |
| Sales commissions | $7,500 | |
| Daily Tip Repayments - wait staff | $20,000 | |
| Payroll Related | | $229,500 |

**Inventories**

| | | |
|---|---|---|
| Food and Beverage | $53,000 | |
| Merchandise | $39,000 | |
| Inventory Required | | $92,000 |

**Utilities / Essential Expenses**

| | | |
|---|---|---|
| Health Insurance - Anthem | $3,500 | |
| Health Insurance - Delta Dental | $1,700 | |
| Health Insurance - Healthkeepers | $11,000 | |
| Property Insurance - Davis Garvin | $6,750 | |
| Dixie Fuel / Miller Oil - golf carts / maint | $7,000 | |
| Garbage Removal / HRUBS / Water | $2,500 | |
| Computer Support | $1,500 | |
| Bank Fees | $1,000 | |
| Uniforms | $1,500 | |
| Advertising / Marketing Materials | $3,000 | |
| Dominion Power | $11,000 | |
| Va Natural Gas | $3,000 | |
| RC Agronomics - fertilizer / see | $25,000 | |
| Cleaning Supplies | $2,000 | |
| Postage | $2,500 | |
| Repairs & Maintenance (Building / Golf Maint) | $4,000 | |
| Telephone / cable / internet | $2,400 | |
| Wine Storage - rent | $1,200 | |
| Parking Lot - rent | $3,500 | |
| Property tax escrow | $21,250 | |
| Sales tax | $15,000 | |
| Virginia Linen | $4,000 | |
| Virginia Handicap Fee (VSGA) | $2,800 | |
| Key Operating Expenses | | $137,100 |

**Lease Payments**

| | | |
|---|---|---|
| Textron Golf cart lease | $22,507 | |
| GE Capital | $8,571 | |
| GMAC | $483 | |
| John Deere | $1,231 | |
| National City | $581 | |
| Turf Equipment | $1,925 | |
| Lease Payments | | $35,298 |
| **GRAND TOTAL - Marsh Hawk** | | **$493,898** |

### *Ford's Colony Country Club*

**Lease Payments**

| | | |
|---|---|---|
| GE Capital | $6,650 | |
| GMAC | $465 | |
| National City | $1,197 | |
| Textron | $4,060 | |
| Lease Payments | | $12,372 |
| **GRAND TOTAL - FCCC** | | **$12,372** |

| | | |
|---|---|---|
| **EXPENSES - GRAND TOTAL (both entities)** | | **$506,270** |
| **NET CASH PROJECTED** | | **$8,480** |