# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Newport News Division

In re Marsh Hawk Golf Club, LLC,

                              Debtor(s)

Case No.10-50632

(Jointly Administered)

Chapter 11

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

_____    Involuntary/Voluntary Petition *[Specify reason for amendment:* _____ *]*

_____    *Check if applicable:* ___ Soc. Sec. No. amended. *[If applicable: An original, signed Official Form 21 was mailed/hand-delivered to the Clerk's Office on* _____ *]*

_____    Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)

_____    Schedule A - Real Property

**X**    Schedule B - Personal Property

_____    Schedule C - Property Claimed as Exempt

**X**    **Schedule D, E, or F, and/or List of Creditors or Equity Holders** - REQUIRES COMPLIANCE WITH LOCAL RULE 1009-1. *($26.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)* <u>Check applicable statement(s):</u>

         **X**    **Creditor(s) added**      _____ **Creditor(s) deleted**

         **X**    **Change in amounts owed or classification of debt**

         _____    **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed. [Docket: Amended Schedule(s) and/or Statement(s), List(s)-NO FEE)**

         _____    **Post-petition creditors added (Schedule of Unpaid Debts)**

         **REMINDER: <u>Conversion of Chapter 13 to Chapter 7</u> - only file Schedule of Unpaid Debts.**

_____    Schedule G - Executory Contracts and Unexpired Leases

_____    Schedule H - Codebtors

_____    Schedule I - Current Income of Individual Debtor(s)

_____    Schedule J - Current Expenditures of Individual Debtor(s)

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. * Amendment of debtor(s) Social Security Number requires that a hard copy of this cover sheet together with a completed Official Form 21 - Statement of Social Security Number(s) be submitted to the Clerk's Office for entry of the amended Social Security Number into the Court's database. ]**

**X**    Statement of Financial Affairs

_____    Chapter 7 Individual Debtor's Statement of Intention

_____    Chapter 11 List of Equity Security Holders

_____    Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims

_____    Disclosure of Compensation of Attorney for Debtor

_____    Other: _____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1,I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: All parties listed on Exhibit A attached hereto.

Date: August 10, 2010

                     /s/ Stephanie N. Gilbert

                     State Bar No.: 77140

                            Willcox & Savage P.C.

                            Wells Fargo Center

                            440 Monticello Avenue, Suite 2200

                     Mailing Address: Norfolk, VA 23510

                     Telephone No.: (757) 628-5500

American LegalNet, Inc.
www.FormsWorkflow.com

[amendes ver. 10/2007]

## EXHIBIT A

**Debera F. Conlon**
Office of the U. S. Trustee
200 Granby Street,
Room 625 Federal Bldg.
Norfolk, VA 23510
*U.S Trustee*

**Karen M. Crowley**
Crowley, Liberatore, & Ryan, P.C.
1435 Crossways Boulevard, Suite 300
Chesapeake, VA 23320
*Counsel for Realtec, Inc.*

**Realtec Incorporated**
One Ford's Colony Drive
Williamsburg, VA 23188
*Creditor*

**Gregory D. Stefan**
United States Attorney's Office
101 W. Main Street,
8000 World Trade Ctr.
Norfolk, VA 23510
*Counsel for the Internal Revenue
Service, Creditor*

**William A. Gray**
Sands Anderson
P.O. Box 1998
Richmond, VA 23218-1998
*Counsel for Performance Food Group
Co., LLC, Creditor*

**John D. McIntyre**
Wilson & McIntyre, PLLC
500 East Main Street, Suite 920
Norfolk, VA 23510
*Counsel for the Unsecured Creditors'
Committee*

**Grant T. Stein**
Alston & Byrd. LLP
One Atlantic Center
1201 West Peachtree St.
Atlanta, GA 30309-3424
*Counsel for Prudential Industrial
Properties, LLC, Creditor*

**Christian K. Vogel**
LeClairRyan, A Professional
Corporation
951 East Byrd Street, 8th Floor
Richmond, VA 23219
*Counsel for Prudential Industrial
Properties, LLC, Creditor*

**Prudential Industrial Properties**
4221 Collections Center Drive
Lockbox 4221
Chicago, IL 60693
*Creditor*

**Peter G. Zemanian**
Zemanian Law Group
223 East City Hall Ave., Suite 201
Norfolk, VA 23510
*Counsel for Alphastaff, Coggin
Agronomic Solutions, Inc. and the Tom
Rash Company, Creditors*

**Susan B. Tarley**
1313 Jamestown Road, Suite 202
Williamsburg, VA 23185-3366
*Counsel for the Ford's Colony at
Williamsburg Homeowners
Association, Interested Party*

**Tara L. Elgie**
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
*Counsel for Textron Financial Corp.,
Creditor*

**Kelly Megan Barnhart**
Roussos, Lassiter, Glanzer & Marcus,
PLC
580 E. Main St., Ste. 300
P.O. Box 3127
Norfolk, VA 23514-3127
*Counsel for Lennart & Annika NMN*
*Borgstrom, Creditor*

**Dennis T. Lewandowski**
Kaufman & Canoles, P. C.
Post Office Box 3037
Norfolk, VA 23514
*Counsel for Robert W. Vaughan,*
*Creditor*

B6B (Official Form 6B) (12/07)

In re    **Marsh Hawk Golf Club, LLC**       Case No. _____10-50632_____

                                                Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | | |
| 6. Wearing apparel. | | | | |
| 7. Furs and jewelry. | | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize and name each issuer. | | | | |

                                        Sub-Total >       0.00
                                        (Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com       Best Case Bankruptcy

In re   **Marsh Hawk Golf Club, LLC**                                   Case No. _____10-50632_____
                                    _____
                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | | | |
| 16. Accounts receivable. | | Member Accounts Receivable - Goods/Services Location: 240 Ford's Colony Drive, Williamsburg VA 23188 | - | 119,527.00 |
| | | Member Initiation Fees (January, 2007 - present) Location: 240 Ford's Colony Drive, Williamsburg VA 23188 THIS ITEM HAS BEEN MOVED TO THE FORD'S COLONY COUNTRY CLUB, INC. BANKRUPTCY CASE (CASE NO. 10-50633) | - | 0.00 |
| | | Member Fees Receivable Location: 240 Ford's Colony Drive, Williamsburg VA 23188 THIS ITEM HAS BEEN MOVED TO THE FORD'S COLONY COUNTRY CLUB, INC. BANKRUPTCY CASE (CASE NO. 10-50633) | - | 0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | | | |

                                                        Sub-Total >        119,527.00
                                                    (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re    **Marsh Hawk Golf Club, LLC**                                Case No. ___**10-50632**___
_____
                          Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | | | |
| 26. Boats, motors, and accessories. | | | | |
| 27. Aircraft and accessories. | | | | |
| 28. Office equipment, furnishings, and supplies. | | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | |
| 30. Inventory. | | | | |
| 31. Animals. | | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

In re   **Marsh Hawk Golf Club, LLC**                    ,      Case No. _____**10-50632**_____

Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | | | | |
| 33. Farming equipment and implements. | | | | |
| 34. Farm supplies, chemicals, and feed. | | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 119,527.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **Marsh Hawk Golf Club, LLC**                                    Case No. ____10-50632____
_____
                         Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **5800965229**<br><br>**Prudential Industrial Properti<br>4221 Collections Center Drive<br>Lockbox 4221<br>Chicago, IL 60693** | | - | | | **December 31, 2008**<br><br>**54-hole golf course and associated buildings; country club clubhouse<br>Location: 240 Ford's Colony Drive, Williamsburg VA 23188<br>Disputed as to value of collateral** | | | X | | |
| | | | | | Value $                25,275,805.89 | | | | 453,112.33 | 0.00 |
| Account No.<br><br>**Prudential Industrial Properti<br>4221 Collections Center Drive<br>Lockbox 4221<br>Chicago, IL 60693** | X | - | | | **54-hole golf course and associated buildings; country club clubhouse<br>Location: 240 Ford's Colony Drive, Williamsburg VA 23188<br>Disputed as to value of collateral** | | | X | | |
| | | | | | Value $                25,275,805.89 | | | | 17,046,200.00 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__0__  continuation sheets attached

|  |  | Subtotal<br>(Total of this page) | 17,499,312.33 | 0.00 |
|---|---|---|---|---|
|  |  | Total<br>(Report on Summary of Schedules) | 17,499,312.33 | 0.00 |

In re **Marsh Hawk Golf Club, LLC**  
Case No. **10-50632**

Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | | | | | |
| Prudential Industrial Properti 4221 Collections Center Drive Lockbox 4221 Chicago, IL 60693 | - | | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

**0** continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 0.00 |
| Total (Report on Summary of Schedules) | | 0.00 |

# United States Bankruptcy Court
## Eastern District of Virginia, Newport News Division

In re    **Marsh Hawk Golf Club, LLC**                    Case No.    **10-50632**

                                     Debtor(s)                    Chapter      **11**

## STATEMENT OF FINANCIAL AFFAIRS - AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$8,065,762.00** | **2008 Operation of business** |
| **$6,715,587.00** | **2009 Operation of business** |
| **$1,366,400.00** | **2010 Operation of business** |

---

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                         SOURCE

3. Payments to creditors

None
■  *Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐    b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **GE Capital**<br>PO Box 802585<br>Chicago, IL 60680 | **January 14, 2010, January 25, 2010, February 24, 2010** | $26,121.84 | $0.00 |
| **Textron Financial**<br>Dept AT 40219<br>Atlanta, GA 31192 | **January 15, 2010** | $8,027.90 | $0.00 |
| **Dominion Virginia Power**<br>P.O. Box 26543<br>Richmond, VA 23219 | **January 27, 2010, February 25, 2010, March 18, 2010** | $22,144.73 | $0.00 |
| **VA Food**<br>7422 Ranco Road<br>PO Box 28010<br>Henrico, VA 23228 | **January 14, 2010, January 22, 2010, January 27, 2010, February 5, 2010** | $33,271.32 | $0.00 |
| **MGA**<br>Attn: Rick Jackson<br>109 Huntercombe<br>Williamsburg, VA 23188 | **March 17, 2010** | $8,600.00 | $0.00 |
| **LGA-18**<br>Attn:  Kitt Ober<br>106 Clydeside<br>Williamsburg, VA 23188 | **March 17, 2010** | $5,500.00 | $0.00 |
| **AlphaStaff, Inc.**<br>for regular payroll | **January 6, 2010; January 21, 2010; February 5, 2010; February 19, 2010; March 3, 2010; and March 17, 2010** | $394,765.77 | $0.00 |

None
☐    c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached** | | **$0.00** | **$0.00** |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Prudential Industrial Properties, LLC v Ford's Colony Country Club, Inc., et al.** | **Application for appointment of receiver** | **Williamsburg, Virginia Circuit Court** | **Pending** |
| **Eadie v. Edgerton, et al. Case No. CL08-354** | **Property Damage Suit** | **Circuit Court for the City of Williamsburg/James City County, Virginia** | **Settlement Pending** |
| **Vaughan v. Marsh Hawk Golf Club, LLC and Ford's Colony Country Club, Inc. CL07-525** | **Personal Injury Suit** | **Circuit Court for the City of Williamsburg/James City County, Virginia** | **Settlement Pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Crowley, Liberatore & Ryan, P.C. 1435 Crossways Boulevard, Suite 300 Chesapeake, VA 23320 | February 24, 2010, March 26, 2010 | 16,500.00 |
| Willcox & Savage, P.C. One Commercial Place, Ste 1800 Attn: Ross C. Reeves, Esq. Norfolk, VA 23510 | March 31, 2010 | 50,000.00 |

### 10. Other transfers

None ☐  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| See Attached | | |

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Dorothea M. Ford<br>324 Dogleg Drive<br>Williamsburg, VA 23188 | Artwork/Paintings<br>Approximate Value: $200,000.00 | Clubhouse, 240 Fords Colony Drive,<br>Williamsburg, Virginia 23188 |
| Ladies Golf Association<br>c/o Sue Snapp<br>104 Dornoch<br>Williamsburg, VA 23188 | Fees $4,430.00 | 240 Ford's Colony Drive, Williamsburg,<br>VA 23188 |

### 15. Prior address of debtor

None ■ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

#### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

#### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

#### 18 . Nature, location and name of business

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| **Steve Dreybus**<br>**240 Ford's Colony Drive**<br>**Williamsburg, VA 23188** | **2008-2010** |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|
| **Witt Mares** | **4801 Courthouse Street, #200**<br>**Williamsburg, VA 23188** | **2008** |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Steve Dreybus** | **240 Ford's Colony Drive**<br>**Williamsburg, VA 23188** |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **Prudential Industrial Properties, LLC**<br>**c/o Prudential-Priac**<br>**4221 Collections Center Drive**<br>**Lockbox 4221**<br>**Chicago, IL 60693** | **Monthly** |

## 20. Inventories

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |
| February 28, 2010 and March 31, 2010 | Mark Thomas | Food Inventory: $26,384.00 Cost basis |
| February 28, 2010 and March 31, 2010 | Joe Andreoli | Beer: $6,815.00 Wine: $285,545.00 Liquor: $12,330.00 |
| February 28, 2010 and March 31, 2010 | TC. Sessoms | Golf Merchandise: $124,321.00 Cost basis |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |
| February 28, 2010 and March 31, 2010 | Steve Dreybus 240 Ford's Colony Drive Williamsburg, VA 23188 |
| February 28, 2010 and March 31, 2010 | Steve Dreybus 240 Ford's Colony Drive Williamsburg, VA 23188 |
| February 28, 2010 and March 31, 2010 | Steve Dreybus 240 Ford's Colony Drive Williamsburg, VA 23188 |

## 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| Marsh Hawk Holding, LLC 240 Ford's Colony Drive Williamsburg, VA 23188 | Member | 100% |

## 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

**23. Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ☐ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| Ford's Colony Country Club, Inc. | 56-1159737 |
| Ford's Colony First Choice Realty | 58-2531756 |

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **August 10, 2010**      Signature **/s/ Mike Tiernan**
**Mike Tiernan**
**on behalf of Marsh Hawk Holding, LLC**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Marsh Hawk Golf Club, LLC
Bankruptcy Case No. 10-50632
SOFA, Question 3(c).

| Creditor | Date of Payment | Amount Paid | Amount Owing |
|----------|-----------------|-------------|--------------|
| **First Choice Realty, Inc.** – shareholders are common to FCCC | | | |
| 1 Ford's Colony Drive | | | |
| Williamsburg, Virginia 23188 | | | |
| | 4-17-09 (invoice re: Endpoint License) | $797.79 | $0 |
| | 4-23-09 (invoice re: Verizon) | $423.70 | $0 |
| | 4-30-09 (invoice re: loan) | $26,000 | $0 |
| | 5-14-09 (invoice re: membership Commissions) | $9,050 | $0 |
| | 6-26-09 (invoice re: various) | $246.85 | $0 |
| | 10-30-09 (invoice re: executive salaries, various) | $5,090.20 | $0 |
| | 11-11-09 (invoice re: executive salaries) | $10,000 | $0 |
| | 12-9-09 (invoice re: executive salaries) | $15,000 | $0 |
| | 1-7-10 (invoice re: executive salaries) | $6,500 | $0 |
| | 1-20-10 (invoice re: various) | $1,281.23 | $0 |
| | 1-20-10 (invoice re: executive salaries) | $10,000 | $0 |
| | 2-11-10 (invoice re: executive salaries) | $10,000 | $0 |
| | 3-11-10 (invoice re: Xerox copier purchase) | $5,000 | $0 |
| | 3-31-10 (invoice re: executive salaries) | $10,000 | $0 |

**Ford's Colony Country Club** – affiliate
240 Ford's Colony Drive
Williamsburg, Virginia 23188

| | | |
|---|---|---|
| 4-8-09<br>(invoice re: $18,000 loan) | $18,000 | $0 |
| 5-5-09<br>(invoice re: $16,000 loan) | $16,000 | $0 |
| 5-22-09<br>(invoice re: $10,000 loan) | $10,000 | $0 |
| 6-11-09<br>(invoice re: $8,000 loan) | $8,000 | $0 |
| 7-30-09<br>(invoice re: $9,500 loan) | $9,500 | $0 |
| 9-10-09<br>(invoice re: $11,000 advance) | $11,000 | $0 |
| 10-8-09<br>(invoice re: $6,000 advance) | $6,000 | $0 |
| 10-29-09<br>(invoice re: $25,000 advance) | $25,000 | $0 |
| 12-2-09<br>(invoice re: $17,200 advance; invoice re: $10,000 advance) | $27,200 | $0 |
| 12-29-09<br>(invoice re: $5,500 advance) | $5,500 | $0 |
| 1-14-09<br>(invoice re: $12,000 advance) | $12,000 | $0 |
| 1-27-09<br>(invoice re: $4,000 advance) | $4,000 | $0 |
| 1-29-09<br>(invoice re: $2,000 advance) | $2,000 | $0 |

2

**Realtec Community Services, Inc.** – shareholders are common to FCCC
100 Manchester Drive
Williamsburg, Virginia 23188

| | | |
|---|---|---|
| 4-8-09 (invoice) | $5,260.89 | |
| 5-19-09 | $187.96 | |
| 7-28-09 | $193.47 | |
| 12-2-09 (invoice re: COBRA) | $1,754.55 | |

**Realtec, Inc.** – shareholder is common to FCCC
One Ford's Colony Drive
Williamsburg, Virginia 23188

| | | |
|---|---|---|
| 4-23-09 (invoice) | $245 | |
| 9-10-09 | $662.28 | |
| 1-20-10 (invoices re: flowers, personal property taxes) | $603.77 | |
| 1-28-10 (marketing salaries) | $3,756.15 | |
| 2-4-10 (invoice re: January-March parking lot lease payment) | $10,500 | |
| 3-31-10 (invoice re: April parking lot lease payment) | $3,500 | |

*See also* SOFA, question 10(a).

**Techco, LLC** – owned by a company (Ford's Colony Holdings, LLC) owned mostly by FCCC
1 Ford's Colony Drive
Williamsburg, Virginia 23188

| | | |
|---|---|---|
| 11-13-09 (invoice re: loan repayment) | $10,000 | $0 |
| 12-9-09 (invoice re: Mortar, Etc.) | $5,576 | $0 |

**Dorothea M. Ford** – spouse of shareholder of FCCC
324 Dogleg Drive
Williamsburg, Virginia 23188

| | | |
|---|---|---|
| 12-23-09 (invoice re: loan repayment) | $25,000 | $0 |

3

|  |  |  |
|---|---|---|
| 12-28-09<br>(invoice re: loan repayment) | $65,000 | $0 |

**Richard J. Ford** – shareholder of FCCC
1 Ford's Colony Drive
Williamsburg, Virginia 23188

|  |  |  |
|---|---|---|
| 12-15-09<br>(invoice re: TV) | $500 | $0 |

**Steve Dreybus** – General Manager of Marsh Hawk Golf Club, LLC
240 Ford's Colony Drive
Williamsburg, Virginia 23188

|  |  |  |
|---|---|---|
| 1-7-10<br>(invoice re: food) | $205.41 | $0 |
| 2-4-10<br>(invoice re: chair/bench kits) | $824.70 | $0 |
| 2-11-10<br>(invoice re: supplies for benches) | $387.56 | $0 |
| 2-19-10<br>(invoice re: February 2010 advertisement) | $74 | $0 |
| 3-8-10<br>(invoice re: Duracard) | $226.66 | $0 |
| 3-17-10<br>(invoice re: March 2010 advertisement) | $111 | $0 |

**Michael Tiernan** – Executive Vice President of Ford's Colony Country Club, Inc.
240 Ford's Colony Drive
Williamsburg, Virginia 23188

|  |  |  |
|---|---|---|
| 9-25-10<br>(invoice re: reimbursement for purchase of merchandise) | $1,049 | $0 |

**Larry Spielberg** – prior General Manager of Marsh Hawk Golf Club, LLC

|  |  |  |
|---|---|---|
| 10-8-09<br>(invoice re: expert report) | $1,768.61 | $0 |
| 11-13-09<br>(invoice) | $900 | $0 |

4

Marsh Hawk Golf Club, LLC
Bankruptcy Case No. 10-50632
SOFA, Question 10(a).

In October, 2009, TowneBank made a $250,000 loan to Marsh Hawk Golf Club, Inc., secured by a $313,344 account receivable due from Marriott Ownership Resorts, Inc., in order to provide necessary cash for the Debtors in advance of a scheduled payment date in February. The receivable was paid and the note discharged in February, 2010.

As a condition to the loan, the Debtors agreed that $50,000 of the account receivable proceeds would be transferred to reduce or collateralize a loan made by TowneBank to a non-debtor affiliate, Ford's Colony First Choice Realty, Inc. ("First Choice"). The transfer to or for the benefit of First Choice was booked as a reduction of a liability of the Debtors to another affiliate and therefore a payment to that entity by offset.

5

# United States Bankruptcy Court
## Eastern District of Virginia, Newport News Division

In re   **Marsh Hawk Golf Club, LLC**      Case No.   **10-50632**
           Debtor(s)      Chapter   **11**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the on behalf of Marsh Hawk Holding, LLC of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing document(s), consisting of  **20**  page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 10, 2010**        Signature   **/s/ Mike Tiernan**

                                          **Mike Tiernan**
                                          **on behalf of Marsh Hawk Holding, LLC**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.